

# JUDGMENT

## The Fourteenth Court of Appeals

THE CITY OF HOUSTON, Appellant

NO. 14-13-00121-CV                  V.

STEVE WILLAMS, ET AL, Appellees

_____

Today the Court heard the parties' joint motion to reverse and render the trial court judgment signed on November 16, 2012, in part, and affirm the judgment in part. Having considered the motion and found it meritorious, we order the judgment **AFFIRMED** as to the "Termination Pay Claims" described in Section A of the November 16, 2012, Final Summary Judgment for those appellees and claims identified in Exhibit A attached to Stipulation No. 4 to the November 16, 2012, Final Summary Judgment, which total $2,113,415.99, exclusive of post-judgment interest. We **REVERSE AND RENDER** judgment in favor of the City of Houston as to the "Overtime/Debit Dock Claims" described in Section B of the November 16, 2012, Final Summary Judgment for those appellees and claims identified in Exhibit B to Stipulation No. 4 to the November 16, 2012, Final Summary Judgment, which total $253,682.53. Exhibits A and B are attached hereto and incorporated by reference as if more fully set out herein.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

Termination Pay Damages

| Last NameFirst | Damages | Prejudgment Interest | Total Damages + Interest |
|---|---|---|---|
| Abdul-Kareem, Zaid I. | $1,586.11 | $562.74 | $2,148.85 |
| Acevedo, Jerry | $2,016.61 | $609.96 | $2,626.57 |
| Adams, Leo | $660.13 | $323.46 | $983.59 |
| Adams, Travis E. | $1,449.41 | $710.21 | $2,159.62 |
| Adkins, Leslie C. | $635.07 | $311.18 | $946.25 |
| Aguilar, Eleazar | $3,271.93 | $141.63 | $3,413.56 |
| Aguirre, Pablo | $2,165.65 | $93.75 | $2,259.40 |
| Albarado, Paul | $3,650.19 | $1,411.57 | $5,061.76 |
| Albers, Benny H. | $3,118.76 | $1,206.06 | $4,324.82 |
| Alderete, Jr., Gilberto | $1,118.54 | $48.42 | $1,166.96 |
| Aldridge, Donald R. | $216.55 | $9.37 | $225.92 |
| Alexander, George P. | $676.41 | $331.44 | $1,007.85 |
| Alexander, Kevin J. | $711.41 | $348.59 | $1,060.00 |
| Allen, Gilbert E. | $1,763.63 | $76.34 | $1,839.97 |
| Allen, James | $651.45 | $251.92 | $903.37 |
| Allen, Norman E. | $1,056.49 | $408.56 | $1,465.05 |
| Alms, Michael R. | $1,843.40 | $79.80 | $1,923.20 |
| Anderson, James S. | $1,945.17 | $84.20 | $2,029.37 |
| Anderson, Jerry W. | $187.66 | $91.95 | $279.61 |
| Anderson, Leslie F. | $1,089.01 | $533.61 | $1,622.62 |
| Arfele, Thomas G. | $1,610.36 | $795.25 | $2,405.61 |
| Arizpe, Jr., Alex | $1,598.65 | $618.22 | $2,216.87 |
| Armstreet, Waymon E. | $3,996.12 | $1,208.69 | $5,204.81 |
| Armstrong, Lanny W. | $1,557.60 | $763.22 | $2,320.82 |
| Armstrong, Ulysess | $2,643.99 | $1,022.46 | $3,666.45 |
| Arnt, Anthony R. | $4,598.71 | $1,390.95 | $5,989.66 |
| Arrington, Billy R. | $2,544.15 | $110.13 | $2,654.28 |
| Arvie, Allen | $6.56 | $0.28 | $6.84 |
| Ater, Theo R. | $639.69 | $193.48 | $833.17 |
| Atkinson, James T. | $373.26 | $182.90 | $556.16 |
| Atkinson, Myron E. | $5,303.41 | $2,598.67 | $7,902.08 |
| Baber, Chapman E. | $1,622.43 | $627.41 | $2,249.84 |
| Baird, Tony W. | $1,604.57 | $69.46 | $1,674.03 |
| Baker, Richard J. | $4,475.63 | $193.74 | $4,669.37 |
| Banda, Daniel L. | $4,382.81 | $189.72 | $4,572.53 |
| Bannert, Donnie L. | $2,879.83 | $871.05 | $3,750.88 |
| Barbary, Ollie D. | $1,255.06 | $54.33 | $1,309.39 |
| Barker, Curtis H. | $1,082.92 | $418.78 | $1,501.70 |
| Barr, Charles D. | $2,450.04 | $1,200.52 | $3,650.56 |
| Barrett, Jr., Oliver L. | $1,689.91 | $653.51 | $2,343.42 |
| Bates, Marcus | $1,475.87 | $63.89 | $1,539.76 |
| Bates, Ronnie | $3,003.00 | $1,161.30 | $4,164.30 |

# EXHIBIT A

# Termination Pay Damages

| Last NameFirst | Damages | Prejudgment Interest | Total Damages + Interest |
|---|---|---|---|
| Baugh, Bruce E. | $210.55 | $9.11 | $219.66 |
| Beck, Royce G. | $3,101.20 | $1,199.27 | $4,300.47 |
| Belin, Johnny E. | $2,894.77 | $1,418.44 | $4,313.21 |
| Bell, Charles R. | $4,332.38 | $1,537.10 | $5,869.48 |
| Bell, Hillary | $2,782.96 | $1,363.65 | $4,146.61 |
| Bell, James Edward | $4,661.00 | $201.76 | $4,862.76 |
| Belveal, Sherwin W. | $1,825.03 | $552.01 | $2,377.04 |
| Belyeu, Thomas E. | $1,920.66 | $941.12 | $2,861.78 |
| Benjamin, William | $1,302.08 | $461.97 | $1,764.05 |
| Bennefeld, Freddie | $1,658.27 | $501.57 | $2,159.84 |
| Bennett, Donald A. | $1,328.51 | $471.35 | $1,799.86 |
| Bennett, Gary P. | $3,465.72 | $1,340.24 | $4,805.96 |
| Bennett, Gilbert T. | $3,719.04 | $160.99 | $3,880.03 |
| Bennett, Jack F. | $5,959.42 | $2,114.37 | $8,073.79 |
| Bennett, Raymond R. | $2,189.51 | $846.71 | $3,036.22 |
| Bennett, Robert L. | $2,332.65 | $100.97 | $2,433.62 |
| Bennett, Robert | $1,734.94 | $850.12 | $2,585.06 |
| Bennett, Timothy J. | $2,813.61 | $121.79 | $2,935.40 |
| Benson, Lawrence E. | $3,340.51 | $1,010.39 | $4,350.90 |
| Berlanga, Richard | $2,903.44 | $125.68 | $3,029.12 |
| Bernal, Jr., Irineo | $2,650.91 | $114.75 | $2,765.66 |
| Bernard, Paul N. | $634.06 | $310.69 | $944.75 |
| Bernard, Phillip | $1,938.69 | $749.72 | $2,688.41 |
| Besselman, Jerry A. | $1,015.19 | $307.06 | $1,322.25 |
| Binnion, Royce G. | $857.11 | $259.25 | $1,116.36 |
| Bishop, Ronald W. | $3,015.57 | $912.11 | $3,927.68 |
| Black, Larry W. | $1,851.29 | $80.14 | $1,931.43 |
| Blair, Rodney M. | $393.35 | $152.11 | $545.46 |
| Bobo, Roger D. | $2,583.95 | $781.56 | $3,365.51 |
| Boegler, Craig E. | $1,511.69 | $740.73 | $2,252.42 |
| Boegler, Ronnie L. | $2,334.79 | $1,144.05 | $3,478.84 |
| Bolling, Jr., Laval H. | $2,500.51 | $966.98 | $3,467.49 |
| Bolton, Terry L. | $561.47 | $217.13 | $778.60 |
| Bond, Joseph T. | $2,507.49 | $1,228.67 | $3,736.16 |
| Bonds, David | $3,624.59 | $1,401.67 | $5,026.26 |
| Booth, James R. | $608.63 | $235.36 | $843.99 |
| Borden, Raymond | $461.36 | $226.07 | $687.43 |
| Boriack, Donald W. | $2,811.80 | $850.47 | $3,662.27 |
| Bourgeois, Gary L. | $2,092.77 | $1,025.46 | $3,118.23 |
| Boze, Edward W. | $2,132.21 | $824.55 | $2,956.76 |
| Brady, Eric D. | $15.25 | $5.41 | $20.66 |
| Braggs, Jimmie L. | $1,352.92 | $58.56 | $1,411.48 |

# Termination Pay Damages

| Last NameFirst | Damages | Prejudgment Interest | Total Damages + Interest |
|---|---|---|---|
| Branch, Robert L. | $239.68 | $92.69 | $332.37 |
| Broeder, Kenneth A. | $2,817.29 | $1,089.48 | $3,906.77 |
| Bromonsky, Billy | $2,740.31 | $1,059.71 | $3,800.02 |
| Broussard, Arthur | $4,642.08 | $200.94 | $4,843.02 |
| Brown, Donald R. | $1,370.92 | $59.34 | $1,430.26 |
| Brown, Garry L. | $5,106.26 | $221.04 | $5,327.30 |
| Brown, Gary L. | $1,666.49 | $816.58 | $2,483.07 |
| Brown, Jerald A. | $3,179.76 | $137.64 | $3,317.40 |
| Brown, Ronald G. | $57.86 | $22.38 | $80.24 |
| Brown, William N. | $1,087.79 | $420.66 | $1,508.45 |
| Brown, Jr., Irving | $1,459.41 | $63.17 | $1,522.58 |
| Bruce, Sidney R. | $3,459.25 | $1,695.03 | $5,154.28 |
| Brymer, Ben H. | $3,310.28 | $1,280.13 | $4,590.41 |
| Buckelew, James O. | $1,967.56 | $595.12 | $2,562.68 |
| Budewig, Gregory S. | $0.00 | $0.00 | $0.00 |
| Buller, Richard W. | $1,217.58 | $368.28 | $1,585.86 |
| Bundrick, Jimmy | $2,718.40 | $1,166.68 | $3,885.08 |
| Burleson, Delbert | $3,183.25 | $137.80 | $3,321.05 |
| Burlin, George S. | $1,486.42 | $574.82 | $2,061.24 |
| Burt, Ray | $2,729.43 | $1,337.42 | $4,066.85 |
| Burton, John | $1,249.25 | $54.08 | $1,303.33 |
| Butler, Arthur | $2,343.21 | $1,148.17 | $3,491.38 |
| Butler, John G. | $2,576.44 | $1,262.46 | $3,838.90 |
| Byrd, Charles D. | $2,767.69 | $119.81 | $2,887.50 |
| Byrd, Dennis C. | $1,587.54 | $777.89 | $2,365.43 |
| Caballero, Manuel G. | $2,724.29 | $1,334.90 | $4,059.19 |
| Caballero, Roger M. | $2,609.84 | $1,009.26 | $3,619.10 |
| Callihan, Cecil | $2,390.61 | $924.48 | $3,315.09 |
| Cameron, Lonny R. | $483.33 | $236.83 | $720.16 |
| Campbell, John D. | $1,416.21 | $61.30 | $1,477.51 |
| Campbell, William R. | $2,540.52 | $982.45 | $3,522.97 |
| Cannon, John | $1,697.34 | $831.70 | $2,529.04 |
| Cannon, Melvin E. | $1,676.24 | $648.22 | $2,324.46 |
| Capehart, Larry J. | $1,565.28 | $67.76 | $1,633.04 |
| Carrasco-Ybarra, Aurora | $0.00 | $0.00 | $0.00 |
| Carraway, Bobby D. | $2,513.94 | $972.17 | $3,486.11 |
| Carter, Charles W. | $372.29 | $16.12 | $388.41 |
| Carter, John L. | $1,109.98 | $429.24 | $1,539.22 |
| Cary, Chester A. | $1,399.96 | $685.98 | $2,085.94 |
| Casanover, Daniel W. | $670.64 | $328.61 | $999.25 |
| Cason, Charles B. | $1,293.01 | $633.57 | $1,926.58 |
| Castillo, Gilbert F. | $2,211.82 | $669.00 | $2,880.82 |

Termination Pay Damages

| Last NameFirst | Damages | Prejudgment Interest | Total Damages + Interest |
|---|---|---|---|
| Castleberry, Robert W. | $2,499.86 | $108.21 | $2,608.07 |
| Caswell, Larry | $2,314.99 | $700.21 | $3,015.20 |
| Cegielski, Ezdore P. | $1,852.17 | $907.56 | $2,759.73 |
| Celsor, Dennis | $875.32 | $428.91 | $1,304.23 |
| Chaffin, Billy S. | $1,658.53 | $812.68 | $2,471.21 |
| Champagne, David W. | $2,091.28 | $632.54 | $2,723.82 |
| Champagne, Norman W. | $2,655.40 | $114.95 | $2,770.35 |
| Chandler, John | $2,535.29 | $980.43 | $3,515.72 |
| Chandler, Richard G. | $1,583.72 | $68.56 | $1,652.28 |
| Chavez, Armando J. | $4,219.03 | $182.63 | $4,401.66 |
| Cherry, Leonard L. | $1,933.99 | $947.66 | $2,881.65 |
| Chevalier, Clifford D. | $2,172.18 | $1,064.37 | $3,236.55 |
| Christopher, John M. | $1,576.20 | $609.54 | $2,185.74 |
| Christopher, Phillip R. | $1,330.02 | $402.29 | $1,732.31 |
| Chumley, Samuel R. | $2,546.96 | $1,248.01 | $3,794.97 |
| Cichon, Lawrence M. | $3,252.97 | $140.81 | $3,393.78 |
| Clark, Donald R. | $2,474.25 | $1,212.38 | $3,686.63 |
| Clark, Joseph A. | $631.40 | $244.17 | $875.57 |
| Clemens, John A. | $2,612.61 | $1,280.18 | $3,892.79 |
| Clifton, Robbie W. | $3,992.00 | $172.80 | $4,164.80 |
| Coates, Howard N. | $1,889.15 | $925.68 | $2,814.83 |
| Cobb, Robert L. | $881.61 | $431.99 | $1,313.60 |
| Coleman, Abel A. | $1,575.08 | $476.41 | $2,051.49 |
| Collins, Greg A. | $3,053.72 | $132.19 | $3,185.91 |
| Collins, James C. | $1,078.55 | $528.49 | $1,607.04 |
| Combs, Travis A. | $1,137.19 | $557.22 | $1,694.41 |
| Conrad, Fred G. | $1,214.40 | $430.86 | $1,645.26 |
| Conway, Bruce G. | $3,235.40 | $978.60 | $4,214.00 |
| Cook, Richard C. | $510.19 | $249.99 | $760.18 |
| Cordaway, Daniel | $157.81 | $77.33 | $235.14 |
| Corliss, Richard A. | $425.88 | $18.44 | $444.32 |
| Corral, Edward A. | $1,120.35 | $397.49 | $1,517.84 |
| Cortez, Gabino J. | $4,358.35 | $188.66 | $4,547.01 |
| Cortez, Robert A. | $872.70 | $427.62 | $1,300.32 |
| Cotten, Willie E. | $2,341.21 | $1,147.19 | $3,488.40 |
| Couch, Jr., Floyd H. | $2,358.54 | $102.10 | $2,460.64 |
| Covington, Larry C. | $2,505.61 | $108.46 | $2,614.07 |
| Cox, Dennis | $2,022.02 | $990.79 | $3,012.81 |
| Craft, Mishie I. | $972.37 | $42.09 | $1,014.46 |
| Cravin, James A. | $3,037.99 | $1,174.83 | $4,212.82 |
| Crawford, James R. | $3,819.63 | $1,155.31 | $4,974.94 |
| Crawford, Terry | $701.95 | $271.45 | $973.40 |

Termination Pay Damages

| Last NameFirst | Damages | Prejudgment Interest | Total Damages + Interest |
|---|---|---|---|
| Creps, Thomas A. | $2,580.78 | $111.72 | $2,692.50 |
| Crocker, John T. | $1,766.08 | $682.96 | $2,449.04 |
| Crowder, Donald E. | $3,374.33 | $1,197.19 | $4,571.52 |
| Crowder, James R. | $64.95 | $31.83 | $96.78 |
| Cucina, Frank R. | $1,708.18 | $73.94 | $1,782.12 |
| Curtis, Jerry D. | $4,061.34 | $1,570.57 | $5,631.91 |
| Curtis, Stanley G. | $1,983.93 | $972.13 | $2,956.06 |
| Daigle, Michael L. | $375.38 | $16.25 | $391.63 |
| Dalmolin, David L. | $869.27 | $262.92 | $1,132.19 |
| Dalzell, William B. | $437.78 | $214.51 | $652.29 |
| Dancer, James S. | $3,035.83 | $1,173.99 | $4,209.82 |
| Danna, Larry C. | $1,380.23 | $676.31 | $2,056.54 |
| Davidson, Daniel | $26.20 | $10.13 | $36.33 |
| Davis, Joe | $1,115.07 | $48.27 | $1,163.34 |
| Davis, Stanley W. | $2,518.22 | $109.01 | $2,627.23 |
| Davison, Gary L. | $5,642.33 | $2,181.96 | $7,824.29 |
| Deal, James E. | $136.30 | $5.90 | $142.20 |
| Dean, David W. | $1,964.75 | $594.27 | $2,559.02 |
| Dean, Gary T. | $616.28 | $238.32 | $854.60 |
| Dearing, Jimmie | $2,368.23 | $915.82 | $3,284.05 |
| Dees, Ronnie H. | $1,701.60 | $833.78 | $2,535.38 |
| DeForke, Jr., Sam L. | $606.92 | $297.39 | $904.31 |
| Deiss, Bobby R. | $129.17 | $49.95 | $179.12 |
| Delbello, Steve | $3,316.88 | $143.58 | $3,460.46 |
| Delgadillo, Joe H. | $2,062.72 | $89.29 | $2,152.01 |
| Demoss, Charles F. | $3,405.47 | $1,668.68 | $5,074.15 |
| Deschner, David | $1,408.27 | $60.96 | $1,469.23 |
| Dibello, Sammy J. | $752.53 | $227.61 | $980.14 |
| Dick, David E. | $334.34 | $14.47 | $348.81 |
| Dillard, Sr., Daniel J. | $1,460.02 | $626.61 | $2,086.63 |
| Ditta, Frank P. | $4,827.88 | $208.99 | $5,036.87 |
| Dominy, Marvin L. | $769.98 | $232.89 | $1,002.87 |
| Donalson, Norman | $2,264.80 | $875.83 | $3,140.63 |
| Donlevy, Michael F. | $2,870.27 | $868.16 | $3,738.43 |
| Dornak, Daryl D. | $574.83 | $24.88 | $599.71 |
| Dornak, Ronald E. | $1,309.85 | $641.83 | $1,951.68 |
| Dowdy, Thomas | $4,902.41 | $212.21 | $5,114.62 |
| Driskell, Norman E. | $3,605.89 | $1,766.89 | $5,372.78 |
| Duckett, Dennis C. | $2,912.74 | $881.00 | $3,793.74 |
| Ducote, Warren G. | $43.61 | $1.89 | $45.50 |
| Duplechin, Rauley | $4,063.26 | $175.89 | $4,239.15 |
| Dupree, Joey P. | $1,648.98 | $71.38 | $1,720.36 |

Termination Pay Damages

| Last NameFirst | Damages | Prejudgment Interest | Total Damages + Interest |
|---|---|---|---|
| Duran, Ernest | $1,018.51 | $499.07 | $1,517.58 |
| Earnest, Ronald | $1,627.65 | $797.55 | $2,425.20 |
| Easley, David A. | $1,570.59 | $769.59 | $2,340.18 |
| Eisfeldt, Kenneth W. | $1,428.90 | $61.85 | $1,490.75 |
| Elizondo, Johnny L. | $2,942.43 | $127.37 | $3,069.80 |
| Elliott, David S. | $3,520.49 | $152.39 | $3,672.88 |
| Emmons, Billy W. | $1,806.67 | $885.27 | $2,691.94 |
| Englishbee, Bobby C. | $1,397.66 | $684.85 | $2,082.51 |
| Erickson, Thomas A. | $3,452.77 | $1,044.34 | $4,497.11 |
| Estes, Daniel E. | $2,074.40 | $1,016.46 | $3,090.86 |
| Everitt, Jr., Shannon E. | $2,182.95 | $94.49 | $2,277.44 |
| Farris, Allen L. | $418.38 | $205.01 | $623.39 |
| Filar, Anthony "Tony" S. | $3,066.19 | $132.73 | $3,198.92 |
| Filar, John L. | $2,136.62 | $1,046.94 | $3,183.56 |
| Fisher, Jarvis D. | $2,106.56 | $1,032.21 | $3,138.77 |
| Ford, Jerry S. | $4,774.92 | $206.70 | $4,981.62 |
| Foroi, Farest | $1,086.38 | $47.03 | $1,133.41 |
| Fortune, Lynn E. | $1,285.05 | $629.67 | $1,914.72 |
| Foster, Jr., Roy A. | $2,694.90 | $1,042.15 | $3,737.05 |
| Fox, Floyd G. | $5,743.00 | $248.60 | $5,991.60 |
| Franklin, Oscar L. | $6,799.91 | $294.35 | $7,094.26 |
| Frankum, William T. | $2,457.65 | $106.39 | $2,564.04 |
| Frazier, Ralph E. | $1,019.51 | $394.26 | $1,413.77 |
| Freeman, Tyrone G. | $3,285.41 | $142.22 | $3,427.63 |
| Fress, Gus Leon | $631.94 | $244.38 | $876.32 |
| Fryer, John L. | $3,357.08 | $145.32 | $3,502.40 |
| Fults, Scott T. | $751.18 | $32.52 | $783.70 |
| Gaeke, Brian R. | $121.67 | $5.27 | $126.94 |
| Gainous, Thomas | $2,033.14 | $786.24 | $2,819.38 |
| Gaitz, Charles A. | $1,573.98 | $68.13 | $1,642.11 |
| Galan, Gregory A. | $3,713.60 | $1,436.09 | $5,149.69 |
| Gann, Michael R. | $828.21 | $405.82 | $1,234.03 |
| Garcia, Albert H. | $3,149.74 | $1,218.04 | $4,367.78 |
| Garcia, Rene J. | $68.56 | $2.97 | $71.53 |
| Garrett, Johnny M. | $1,562.21 | $67.62 | $1,629.83 |
| Garza, Ralph M. | $6,220.92 | $3,048.25 | $9,269.17 |
| Garza, Richard L. | $2,419.74 | $1,185.67 | $3,605.41 |
| Garza, Robert B. | $3,747.13 | $1,329.46 | $5,076.59 |
| Garza, Sr., Jose R. | $3,218.75 | $139.33 | $3,358.08 |
| George, George R. | $658.76 | $199.25 | $858.01 |
| Gessner, Melvin A. | $2,129.65 | $92.19 | $2,221.84 |
| Gibson, Brad T. | $240.28 | $117.74 | $358.02 |

Termination Pay Damages

| Last NameFirst | Damages | Prejudgment Interest | Total Damages + Interest |
|---|---|---|---|
| Gibson, Chester W. | $2,530.28 | $109.53 | $2,639.81 |
| Gibson, Jerry L. | $6,867.06 | $297.26 | $7,164.32 |
| Gilchrist, David N. | $2,056.86 | $795.41 | $2,852.27 |
| Gilmore, Jr., Roosevelt | $699.74 | $30.29 | $730.03 |
| Girardi, Michael A. | $723.25 | $31.31 | $754.56 |
| Glass, Jr., Willie E. | $1,125.33 | $551.41 | $1,676.74 |
| Glover, Johnny D. | $2,129.78 | $1,043.59 | $3,173.37 |
| Goetzman, James E. | $1,406.56 | $543.93 | $1,950.49 |
| Golden, Berton D. | $183.33 | $65.04 | $248.37 |
| Golden, Donna | $0.00 | $0.00 | $0.00 |
| Gonzales, Glenn R. | $3,155.81 | $954.52 | $4,110.33 |
| Gonzales, Herman | $4,559.18 | $1,617.57 | $6,176.75 |
| Gonzalez, Eugenio | $3,153.44 | $136.51 | $3,289.95 |
| Gonzalez, Robert M. | $1,741.86 | $618.00 | $2,359.86 |
| Goodlett, Gary L. | $2,475.36 | $957.25 | $3,432.61 |
| Gore, Frank E. | $1,208.71 | $592.27 | $1,800.98 |
| Goss, III, Wilmer C. | $1,538.61 | $66.60 | $1,605.21 |
| Gould, Joseph | $1,685.41 | $509.78 | $2,195.19 |
| Graham, Zenus A. | $895.16 | $438.63 | $1,333.79 |
| Gray, Gary D. | $12,263.27 | $530.85 | $12,794.12 |
| Green, Freddie J. | $1,057.91 | $45.79 | $1,103.70 |
| Greenwood, Danny R. | $975.97 | $346.27 | $1,322.24 |
| Griffin, Gordon L. | $1,204.57 | $465.82 | $1,670.39 |
| Grimes, Gary | $1,519.89 | $587.76 | $2,107.65 |
| Grimstead, Ronald A. | $4,069.81 | $176.17 | $4,245.98 |
| Grisham, Billy D. | $3,835.98 | $1,160.25 | $4,996.23 |
| Grissom, Charles B. | $5,092.72 | $220.45 | $5,313.17 |
| Grissom, Wayne C. | $3,219.85 | $1,381.89 | $4,601.74 |
| Groover, Gary S. | $5,201.13 | $1,845.33 | $7,046.46 |
| Guentert, Gene | $558.47 | $239.68 | $798.15 |
| Guercio, Gasper | $181.72 | $64.47 | $246.19 |
| Gunderson, Alan R. | $3,179.03 | $961.55 | $4,140.58 |
| Gustafson, Victor | $4,307.84 | $1,665.89 | $5,973.73 |
| Guthrie, Frank | $1,886.71 | $924.49 | $2,811.20 |
| Haden, Ronnie | $0.00 | $0.00 | $0.00 |
| Hakemack, Terry G. | $3,144.09 | $136.10 | $3,280.19 |
| Hall, Barry T. | $2,063.60 | $89.33 | $2,152.93 |
| Hall, David | $48.74 | $14.74 | $63.48 |
| Ham, Rockie G. | $180.49 | $64.04 | $244.53 |
| Ham, Timothy | $2,602.06 | $1,006.25 | $3,608.31 |
| Hamilton, Newel K. | $1,276.16 | $625.32 | $1,901.48 |
| Hamilton, Samuel | $3,014.93 | $1,165.91 | $4,180.84 |

Termination Pay Damages

| Last NameFirst | Damages | Prejudgment Interest | Total Damages + Interest |
|---|---|---|---|
| Hamm, Dave E. | $2,730.86 | $118.21 | $2,849.07 |
| Hand, William T. | $4,785.70 | $1,697.94 | $6,483.64 |
| Harkless, Everett H. | $1,979.38 | $969.90 | $2,949.28 |
| Harper, David L. | $2,930.32 | $1,435.86 | $4,366.18 |
| Harper, Larry B. | $2,801.85 | $1,083.51 | $3,885.36 |
| Harris, Russell S. | $1,004.94 | $43.50 | $1,048.44 |
| Harvey, Lester L. | $2,090.52 | $90.49 | $2,181.01 |
| Hauck, Leon J. | $3,228.14 | $1,581.79 | $4,809.93 |
| Havemann, Ronald L. | $2,491.35 | $883.92 | $3,375.27 |
| Hawkins, Christopher X. | $2,307.47 | $99.89 | $2,407.36 |
| Hawkins, Larry | $1,222.08 | $52.90 | $1,274.98 |
| Hawkins, Lloyd C. | $3,629.61 | $1,097.83 | $4,727.44 |
| Hawthorne, Charles E. | $3,162.12 | $1,549.44 | $4,711.56 |
| Hawthorne, Robert L. | $894.19 | $270.46 | $1,164.65 |
| Hayes, Deceased, Paul | $316.75 | $122.49 | $439.24 |
| Hayes, Timothy H. | $733.20 | $221.77 | $954.97 |
| Hazelwood, Clessie | $2,636.51 | $114.13 | $2,750.64 |
| Heinrich, Ernest C. | $5,436.09 | $235.32 | $5,671.41 |
| Helm, Donald W. | $1,894.49 | $928.30 | $2,822.79 |
| Hendrix, William G. | $2,398.58 | $103.83 | $2,502.41 |
| Herman, Michael J. | $510.52 | $197.42 | $707.94 |
| Hernandez, Jr., Juan | $2,566.95 | $992.67 | $3,559.62 |
| Herrera, Manuel M. | $432.19 | $167.13 | $599.32 |
| Herrington, William C. | $896.10 | $317.93 | $1,214.03 |
| Hibbard, Jackie | $2,615.18 | $1,011.32 | $3,626.50 |
| Hicks, Clifford N. | $2,786.04 | $120.60 | $2,906.64 |
| Hicks, Ronald O. | $1,810.77 | $78.38 | $1,889.15 |
| Higgins, Leonard J. | $3,369.43 | $1,019.14 | $4,388.57 |
| Hill, Michael C. | $1,955.55 | $84.65 | $2,040.20 |
| Hilsher, James E. | $2,894.02 | $1,418.07 | $4,312.09 |
| Hobbs, James H. | $1,039.23 | $509.22 | $1,548.45 |
| Hogan, Paul G. | $3,824.38 | $165.55 | $3,989.93 |
| Hoggard, Hobert A. | $1,243.41 | $53.82 | $1,297.23 |
| Hoggard, Robert G. | $2,604.30 | $112.73 | $2,717.03 |
| Holden, James W. | $2,917.25 | $1,429.45 | $4,346.70 |
| Hollas, Richard F. | $3,717.96 | $160.94 | $3,878.90 |
| Holleman, Jr., John M. | $3,007.42 | $1,473.64 | $4,481.06 |
| Holt, Lindsey G. | $1,585.92 | $777.10 | $2,363.02 |
| Hooks, Ricky L. | $8,949.20 | $387.39 | $9,336.59 |
| Horowitz, Richard A. | $2,952.60 | $1,446.77 | $4,399.37 |
| Houston, Aubrey | $2,144.10 | $829.15 | $2,973.25 |
| Houston, Sam | $697.71 | $247.54 | $945.25 |

# Termination Pay Damages

| Last NameFirst | Damages | Prejudgment Interest | Total Damages + Interest |
|---|---|---|---|
| Howard, Elbert C. | $1,113.66 | $430.67 | $1,544.33 |
| Huckabay, Wayne M. | $1,481.06 | $447.97 | $1,929.03 |
| Huerta, Ricardo | $1,161.25 | $412.01 | $1,573.26 |
| Huizar, Robert J. | $1,407.38 | $689.62 | $2,097.00 |
| Hundl, Duane E. | $2,344.41 | $709.10 | $3,053.51 |
| Hundl, Joseph | $2,271.14 | $98.31 | $2,369.45 |
| Hunter, Jimmy D. | $4,328.17 | $1,309.12 | $5,637.29 |
| Hunter, Larry | $3,089.37 | $1,194.70 | $4,284.07 |
| Hunter, Loyd R. | $3,009.75 | $1,163.91 | $4,173.66 |
| Hurt, Byron L. | $2,414.36 | $104.51 | $2,518.87 |
| Ingram, Charles A. | $2,836.37 | $1,096.86 | $3,933.23 |
| Inocencio, Pete | $2,674.05 | $948.74 | $3,622.79 |
| Irvan, Deceased, William | $3,678.16 | $1,422.39 | $5,100.56 |
| Irvin, Lloyd A. | $2,923.99 | $1,443.97 | $4,367.96 |
| Itzen, Charles L. | $1,048.49 | $317.13 | $1,365.62 |
| Jacoby, Casey R. | $1,651.04 | $809.01 | $2,460.05 |
| Jahnke, David E. | $2,740.40 | $828.88 | $3,569.28 |
| Jalomo, Manuel B. | $3,531.91 | $1,068.28 | $4,600.19 |
| Jamail, George A. | $835.57 | $296.46 | $1,132.03 |
| Janner, Darrell W. | $2,371.78 | $841.49 | $3,213.27 |
| Jansa, William P. | $1,631.35 | $799.36 | $2,430.71 |
| Jatzlau, Billy W. | $521.62 | $201.72 | $723.34 |
| Jaynes, Jerry | $1,119.15 | $48.45 | $1,167.60 |
| Jenkins, Oscar S. | $1,329.29 | $651.35 | $1,980.64 |
| Jernigan, James B. | $1,123.35 | $550.44 | $1,673.79 |
| Jilek, Marvin | $2,976.73 | $128.86 | $3,105.59 |
| Jilek, Nathan P. | $5,503.05 | $238.21 | $5,741.26 |
| Joffrion, Kenneth | $3,483.32 | $150.78 | $3,634.10 |
| Johnson, Billy W. | $2,958.65 | $1,449.74 | $4,408.39 |
| Johnson, Donald | $702.59 | $30.41 | $733.00 |
| Johnson, Doyle D. | $1,072.10 | $324.27 | $1,396.37 |
| Johnson, James H. | $871.60 | $37.73 | $909.33 |
| Johnson, Randy R. | $3,847.18 | $166.54 | $4,013.72 |
| Johnson, Rodney D. | $1,358.62 | $525.40 | $1,884.02 |
| Johnson, Ronald W. | $1,355.11 | $409.87 | $1,764.98 |
| Johnson, Roosevelt | $4,350.95 | $188.34 | $4,539.29 |
| Johnson, Jr., Hartsell J. | $990.96 | $42.90 | $1,033.86 |
| Johnson, Jr., Robert L. | $0.00 | $0.00 | $0.00 |
| Johnston, Charles R. | $4,485.09 | $194.15 | $4,679.24 |
| Jones, Arnett | $1,690.51 | $599.78 | $2,290.29 |
| Jones, Mearl L. | $1,277.54 | $494.04 | $1,771.58 |
| Jones, Mike | $217.21 | $84.00 | $301.21 |

# Termination Pay Damages

| Last NameFirst | Damages | Prejudgment Interest | Total Damages + Interest |
|---|---|---|---|
| Jones, Jr., James E. | $3,747.10 | $162.20 | $3,909.30 |
| Jozwiak, Mark A. | $957.99 | $41.47 | $999.46 |
| Kasper, Patrick J. | $2,871.50 | $1,018.79 | $3,890.29 |
| Keilers, Wendell | $2,616.05 | $1,122.75 | $3,738.80 |
| Keller, Charles | $4,810.96 | $208.26 | $5,019.22 |
| Kelley, Ronald P. | $3,875.82 | $167.78 | $4,043.60 |
| Kelner, Franklin E. | $1,856.58 | $909.72 | $2,766.30 |
| Kercho, Richard W. | $822.38 | $35.60 | $857.98 |
| Kercho, Robert E. | $4,927.33 | $1,490.35 | $6,417.68 |
| Key, Bobby G. | $1,449.07 | $438.29 | $1,887.36 |
| Key, Jr., David E. | $2,768.87 | $119.86 | $2,888.73 |
| King, Robert E. | $879.72 | $340.20 | $1,219.92 |
| King, William Henry | $2,497.89 | $1,072.04 | $3,569.93 |
| Kingham, Richard L. | $1,912.44 | $82.79 | $1,995.23 |
| Kirk, Walter B. | $331.08 | $128.03 | $459.11 |
| Kirven, Joseph | $472.03 | $231.29 | $703.32 |
| Kivel, James P. | $1,269.57 | $622.09 | $1,891.66 |
| Klare, Louis E. | $1,349.15 | $661.08 | $2,010.23 |
| Kling, John | $2,276.24 | $880.25 | $3,156.49 |
| Klotz, Johnny R. | $1,908.62 | $677.17 | $2,585.79 |
| Knott, Charles | $532.08 | $160.94 | $693.02 |
| Kovalchik, Joseph A. | $891.60 | $38.60 | $930.20 |
| Krengle, Clifford J. | $10,225.48 | $3,954.32 | $14,179.80 |
| Lacombe, Sidney A. | $3,247.49 | $140.58 | $3,388.07 |
| Lake, Timothy R. | $19.99 | $0.87 | $20.86 |
| Lambert, Billy | $6,362.22 | $275.41 | $6,637.63 |
| Landrum, Dennis | $948.86 | $41.07 | $989.93 |
| Lane, Richard W. | $1,780.69 | $688.61 | $2,469.30 |
| Lantrip, David | $4,361.03 | $1,319.06 | $5,680.09 |
| Large, Richard | $2,103.94 | $746.47 | $2,850.41 |
| Larson, Dale H. | $1,372.99 | $415.28 | $1,788.27 |
| Lee, Alton D. | $2,614.98 | $1,281.34 | $3,896.32 |
| Lee, Byron H. | $4,271.29 | $184.89 | $4,456.18 |
| Lee, Calvin L. | $1,549.95 | $759.48 | $2,309.43 |
| Lee, Jerry D. | $798.79 | $308.90 | $1,107.69 |
| Lee, Travis D. | $2,640.55 | $1,021.13 | $3,661.68 |
| Leggio, Johnnie | $2,533.92 | $766.42 | $3,300.34 |
| Lehmann, Leon D. | $2,217.37 | $857.48 | $3,074.85 |
| LeMaster, Harry D. | $2,787.39 | $843.09 | $3,630.48 |
| Lemoing, Richard | $2,996.32 | $1,158.71 | $4,155.03 |
| Lemon, Ralph J. | $1,574.56 | $771.53 | $2,346.09 |
| Lenoir, Lynn | $2,249.40 | $97.37 | $2,346.77 |

## Termination Pay Damages

| Last NameFirst | Damages | Prejudgment Interest | Total Damages + Interest |
|---|---|---|---|
| Leon, Jr., Arturo J. | $4,384.15 | $189.78 | $4,573.93 |
| Levell, Stephen M. | $1,455.21 | $440.15 | $1,895.36 |
| Lindsey, William M. | $2,657.69 | $1,302.27 | $3,959.96 |
| Litzinger, Terry P. | $5,864.05 | $253.84 | $6,117.89 |
| Litzler, Marvin | $279.56 | $136.98 | $416.54 |
| Livesay, Howard | $5,020.33 | $217.32 | $5,237.65 |
| Lobins, William | $1,673.07 | $819.80 | $2,492.87 |
| Locke, Richard | $944.45 | $462.78 | $1,407.23 |
| Loggins, Michael W. | $506.83 | $21.94 | $528.77 |
| Long, Phillip A. | $1,370.35 | $671.47 | $2,041.82 |
| Love, William E. | $2,435.13 | $105.41 | $2,540.54 |
| Lowery, Eddie | $2,067.20 | $799.41 | $2,866.61 |
| Lozano, Peter A. | $2,276.44 | $688.55 | $2,964.99 |
| Lund, Timothy C. | $2,786.19 | $842.73 | $3,628.92 |
| Machac, Gregory A. | $921.84 | $39.90 | $961.74 |
| Maday, Dennis L. | $1,011.51 | $305.95 | $1,317.46 |
| Maddox, Mark G. | $1,455.48 | $63.00 | $1,518.48 |
| Maddux, James C. | $853.02 | $258.01 | $1,111.03 |
| Mahalec, Darrell | $193.39 | $74.79 | $268.18 |
| Maher, Francis X. | $3,496.65 | $1,713.36 | $5,210.01 |
| Malek, Daniel E. | $1,689.23 | $653.25 | $2,342.48 |
| Malek, Lawrence M. | $904.45 | $443.18 | $1,347.63 |
| Malek, Thomas E. | $2,674.96 | $809.08 | $3,484.04 |
| Malone, Steven R. | $247.79 | $10.73 | $258.52 |
| Mangham, Brian | $2,305.62 | $99.80 | $2,405.42 |
| Maniscalco, John J. | $3,074.35 | $1,506.43 | $4,580.78 |
| Manning, Earl D. | $3,165.43 | $1,224.11 | $4,389.54 |
| Manos, George A. | $889.61 | $435.91 | $1,325.52 |
| Martin, James H. | $1,584.55 | $479.27 | $2,063.82 |
| Martin, Kenneth R. | $3,459.13 | $1,337.69 | $4,796.82 |
| Martinez, Raul | $1,695.48 | $655.66 | $2,351.14 |
| Massey, Richard | $1,014.01 | $496.86 | $1,510.87 |
| Mauro, Donald | $2,258.51 | $801.31 | $3,059.82 |
| Mayes, John L. | $2,036.81 | $787.66 | $2,824.47 |
| Mays, Morris R. | $365.27 | $15.81 | $381.08 |
| McAdams, Bobby J. | $1,106.22 | $47.89 | $1,154.11 |
| McAdams, Johnny P. | $832.87 | $322.08 | $1,154.95 |
| McAdams, Randy G. | $707.82 | $30.64 | $738.46 |
| McAnally, Joseph W. | $2,718.47 | $822.24 | $3,540.71 |
| McBroom, David G. | $724.28 | $31.35 | $755.63 |
| McClelland, Marvin G. | $1,592.79 | $481.76 | $2,074.55 |
| McClure, Larry W. | $327.60 | $14.18 | $341.78 |

Termination Pay Damages

| Last NameFirst | Damages | Prejudgment Interest | Total Damages + Interest |
|---|---|---|---|
| McCoy, Stanley | $1,932.68 | $947.01 | $2,879.69 |
| McDaniel, Jerry | $3,079.95 | $1,321.85 | $4,401.80 |
| McDonald, David B. | $981.46 | $42.49 | $1,023.95 |
| McDonald, Jr., Jackie R. | $2,219.11 | $1,087.36 | $3,306.47 |
| McFarland, Michael C. | $1,784.24 | $689.99 | $2,474.23 |
| McMahan, Jr., Burl D. | $1,987.78 | $601.24 | $2,589.02 |
| McTague, Richard A. | $2,330.01 | $1,141.70 | $3,471.71 |
| Medel, Robert J. | $868.57 | $37.60 | $906.17 |
| Mellen, Christopher E. | $1,820.61 | $704.05 | $2,524.66 |
| Melton, Royce | $19.88 | $7.69 | $27.57 |
| Mendel, Calvin | $4,897.20 | $1,893.81 | $6,791.01 |
| Meraz, Richard G. | $2,810.69 | $121.67 | $2,932.36 |
| Merrel, Steven L. | $2,077.19 | $803.27 | $2,880.46 |
| Merrywell, Ricky D. | $1,416.72 | $547.86 | $1,964.58 |
| Meschwitz, Eddie L. | $1,787.69 | $540.72 | $2,328.41 |
| Meyer, Jerrold R. | $2,647.48 | $114.60 | $2,762.08 |
| Michels, Chris A. | $1,216.40 | $52.66 | $1,269.06 |
| Michka, Jr., Alfred C. | $2,016.58 | $87.29 | $2,103.87 |
| Miles, Jimmie H. | $2,140.13 | $92.64 | $2,232.78 |
| Miller, Gary W. | $2,276.90 | $1,115.68 | $3,392.58 |
| Miller, James G. | $2,183.07 | $844.22 | $3,027.29 |
| Miller, Michael S. | $1,459.10 | $441.33 | $1,900.43 |
| Mills, David | $2,362.08 | $913.45 | $3,275.53 |
| Minjares, Jesus L. | $1,476.20 | $723.34 | $2,199.54 |
| Mireles, Oscar M. | $2,469.12 | $106.88 | $2,576.00 |
| Mitchell, Stephen P. | $560.90 | $169.65 | $730.55 |
| Mobley, Jack E. | $1,632.27 | $631.22 | $2,263.49 |
| Montalvo, Romeo | $648.46 | $250.77 | $899.23 |
| Moore, Edward J. | $2,395.78 | $103.71 | $2,499.49 |
| Moore, Frederick V. | $2,646.43 | $1,296.75 | $3,943.18 |
| Moore, Louis S. | $3,102.32 | $1,199.71 | $4,302.03 |
| Moore, Roy E. | $359.32 | $138.95 | $498.27 |
| Moore, Willis L. | $2,666.88 | $115.44 | $2,782.32 |
| Moreau, Donald G. | $2,095.58 | $90.71 | $2,186.29 |
| Morgan, Roland E. | $2,034.02 | $786.58 | $2,820.60 |
| Morgan, Thomas E. | $1,139.07 | $440.49 | $1,579.56 |
| Morrin, Kevin P. | $773.58 | $33.49 | $807.07 |
| Muirhead, Joe E. | $2,294.77 | $99.34 | $2,394.11 |
| Mumey, Richard C. | $2,814.77 | $1,390.03 | $4,204.80 |
| Munoz, Sammy | $1,157.82 | $50.12 | $1,207.94 |
| Munoz, Tranquilino C. | $486.37 | $238.32 | $724.69 |
| Murphy, Wayne | $2,099.95 | $812.08 | $2,912.03 |

# Termination Pay Damages

| Last NameFirst | Damages | Prejudgment Interest | Total Damages + Interest |
|---|---|---|---|
| Musachia, Sammy J. | $2,294.93 | $1,124.52 | $3,419.45 |
| Musgrave, Olin M. | $2,119.64 | $641.12 | $2,760.76 |
| Muzyka, Alton R. | $49.86 | $2.16 | $52.02 |
| Myers, Donald R. | $888.96 | $343.77 | $1,232.73 |
| Myers, Donny R. | $2,182.21 | $660.04 | $2,842.25 |
| Nance, Joe W. | $1,688.71 | $73.10 | $1,761.81 |
| Nance, John B. | $350.97 | $15.19 | $366.16 |
| Narcisse, Leonard | $1,465.59 | $63.44 | $1,529.03 |
| Nelius, Gary W. | $2,491.56 | $1,220.86 | $3,712.42 |
| Newman, Carl N. | $1,318.29 | $509.80 | $1,828.09 |
| Neyhard, Rickie L. | $2,909.91 | $880.15 | $3,790.06 |
| Nieto, Michael | $4,073.67 | $176.34 | $4,250.01 |
| Nobles, Michael J. | $703.99 | $249.77 | $953.76 |
| Norris, David L. | $3,371.34 | $1,303.74 | $4,675.08 |
| Northcutt, Robert L. | $2,161.65 | $835.94 | $2,997.59 |
| Oberpriller, Terry R. | $1,483.39 | $726.86 | $2,210.25 |
| Olson, Tommy D. | $1,167.46 | $50.54 | $1,218.00 |
| Owin, Michael D. | $9,460.89 | $2,861.59 | $12,322.48 |
| Pander, Lawrence J. | $329.21 | $99.57 | $428.78 |
| Paradowski, Donald C. | $1,269.43 | $622.02 | $1,891.45 |
| Parsons, Mark E. | $842.89 | $36.49 | $879.38 |
| Patterson, Joe V. | $2,526.73 | $764.25 | $3,290.98 |
| Pavlock, James L. | $2,837.63 | $1,390.44 | $4,228.07 |
| Peck, William W. | $1,090.93 | $47.22 | $1,138.15 |
| Pena, Ignacio J. | $4,340.98 | $1,313.00 | $5,653.98 |
| Perez, Marcos O. | $617.12 | $302.39 | $919.51 |
| Perez, Paul D. | $3,870.46 | $1,496.75 | $5,367.21 |
| Perkins, Darrell L. | $1,242.02 | $53.76 | $1,295.78 |
| Peschke, Nathan | $1,964.85 | $85.05 | $2,049.90 |
| Petrosky, Calvin G. | $3,012.60 | $130.41 | $3,143.01 |
| Phillips, William K. | $2,939.13 | $127.23 | $3,066.36 |
| Phlegm, Charles A. | $415.97 | $203.83 | $619.80 |
| Pick, Gary | $1,447.88 | $559.91 | $2,007.79 |
| Pilkenton, Eugene W. | $2,037.56 | $998.40 | $3,035.96 |
| Pilkenton, Robert | $2,931.26 | $886.61 | $3,817.87 |
| Ponce-Lopez, Homero | $3,527.09 | $152.68 | $3,679.77 |
| Porter, George C. | $1,009.54 | $358.18 | $1,367.72 |
| Posuk, Johnnie S. | $2,088.85 | $1,023.54 | $3,112.39 |
| Potier, Christopher | $1,575.81 | $772.15 | $2,347.96 |
| Powell, Kenneth W. | $692.41 | $267.76 | $960.17 |
| Powers, Jerry W. | $1,664.04 | $815.38 | $2,479.42 |
| Presas, Jr., Edward | $2,585.58 | $111.92 | $2,697.50 |

Termination Pay Damages

| Last NameFirst | Damages | Prejudgment Interest | Total Damages + Interest |
|---|---|---|---|
| Prescott, Robert W. | $1,337.77 | $517.33 | $1,855.10 |
| Prevatte, Larry | $150.05 | $58.03 | $208.08 |
| Prevost, Harold J. | $675.60 | $331.04 | $1,006.64 |
| Prince, Benny H. | $2,402.34 | $852.34 | $3,254.68 |
| Proske, Eddy | $1,684.16 | $651.29 | $2,335.45 |
| Pruitt, Daniel H. | $5,183.18 | $1,567.73 | $6,750.91 |
| Pruitt, Dennis B. | $1,230.81 | $475.97 | $1,706.78 |
| Pruitt, Harry C. | $2,800.94 | $1,372.46 | $4,173.40 |
| Pulpan, Gerald Wayne | $937.72 | $283.63 | $1,221.35 |
| Putnam, Robert E. | $1,922.63 | $942.09 | $2,864.72 |
| Quinn, Travis L. | $1,422.88 | $504.83 | $1,927.71 |
| Rainey, Henry T. | $2,400.25 | $928.21 | $3,328.46 |
| Ramirez, John G. | $2,019.41 | $87.42 | $2,106.83 |
| Ramirez, Joseph A. | $858.49 | $331.99 | $1,190.48 |
| Rao, Rocco R. | $2,460.46 | $1,205.63 | $3,666.09 |
| Ratka, Frank D. | $2,334.91 | $902.94 | $3,237.85 |
| Reed, Clifford C. | $3,035.75 | $1,077.07 | $4,112.82 |
| Reeves, Edmond B. | $3,201.14 | $1,568.56 | $4,769.70 |
| Reid, Edward | $1,194.03 | $51.69 | $1,245.72 |
| Reininger, Logan G. | $3,275.94 | $141.81 | $3,417.75 |
| Reiszner, Terry W. | $1,001.97 | $43.37 | $1,045.34 |
| Renschler, Eric | $3,825.30 | $1,479.29 | $5,304.59 |
| Resendez, III, John | $57.06 | $2.47 | $59.53 |
| Reyes, David | $1,207.31 | $591.58 | $1,798.89 |
| Reyes, Jose L. | $2,579.67 | $1,264.04 | $3,843.71 |
| Reyes, Jr., Raul | $7,271.15 | $314.75 | $7,585.90 |
| Reynolds, Anthony S. | $1,646.54 | $636.74 | $2,283.28 |
| Rice, Lonia D. | $576.49 | $222.94 | $799.43 |
| Richard, Dennis G. | $750.35 | $32.48 | $782.83 |
| Richardson, Michael E. | $3,171.93 | $137.31 | $3,309.24 |
| Riggs, Jr., James B. | $1,741.08 | $853.13 | $2,594.21 |
| Rightmire, Glenn | $170.08 | $7.36 | $177.44 |
| Rivera, Benjamin A. | $2,823.22 | $1,001.66 | $3,824.88 |
| Rivera, Raul C. | $838.25 | $253.54 | $1,091.79 |
| Roberds, Jr., Raymond L. | $2,644.83 | $1,022.79 | $3,667.62 |
| Roberts, Norman | $2,626.85 | $794.53 | $3,421.38 |
| Robertson, Raymond Dean | $4,851.39 | $1,721.25 | $6,572.64 |
| Robertson, Sammy R. | $1,037.00 | $367.92 | $1,404.92 |
| Robertson, William B. | $1,912.85 | $82.80 | $1,995.65 |
| Robinson, Albert D. | $486.20 | $172.50 | $658.70 |
| Robledo, Carlos E. | $1,087.79 | $420.66 | $1,508.45 |
| Robledo, Henry J. | $8,222.08 | $3,179.58 | $11,401.66 |

## Termination Pay Damages

| Last NameFirst | Damages | Prejudgment Interest | Total Damages + Interest |
|---|---|---|---|
| Rodriguez, George R. | $0.00 | $0.00 | $0.00 |
| Rodriguez, Robert S. | $720.10 | $255.49 | $975.59 |
| Roller, Vandon | $451.48 | $160.18 | $611.66 |
| Ronje, Armando | $1,083.40 | $327.69 | $1,411.09 |
| Rooney, Larry L. | $2,066.41 | $799.11 | $2,865.52 |
| Ross, Arthur T. | $1,171.10 | $50.69 | $1,221.79 |
| Ross, George A. | $1,134.31 | $555.81 | $1,690.12 |
| Royal, Billy G. | $1,400.77 | $541.70 | $1,942.47 |
| Royall, Robert W. | $2,320.11 | $897.22 | $3,217.33 |
| Rumfolo, Louis L. | $576.35 | $222.88 | $799.23 |
| Russell, Henry E. | $254.44 | $11.01 | $265.45 |
| Russo, Anthony | $1,986.52 | $973.39 | $2,959.91 |
| Rust, Glen A. | $2,505.90 | $757.95 | $3,263.85 |
| Sacher, Oscar E. | $922.96 | $356.92 | $1,279.88 |
| Salazar, Daniel | $1,740.25 | $852.72 | $2,592.97 |
| Salazar, Roland | $2,989.55 | $129.41 | $3,118.96 |
| Samano, Fernando | $1,386.81 | $60.03 | $1,446.84 |
| Sammons, William E. | $820.07 | $401.83 | $1,221.90 |
| Sanchez, Roland | $3,527.31 | $1,251.47 | $4,778.78 |
| Sanders, Jerry L. | $483.68 | $187.05 | $670.73 |
| Sanders, Jimmie R. | $2,480.78 | $959.35 | $3,440.13 |
| Sandles, Leon | $2,233.13 | $1,094.23 | $3,327.36 |
| Sattiewhite, Travis L. | $744.74 | $364.92 | $1,109.66 |
| Scates, William I. | $257.24 | $126.05 | $383.29 |
| Schatz, August A. | $3,628.02 | $157.05 | $3,785.07 |
| Schifani, Michael E. | $1,453.86 | $439.74 | $1,893.60 |
| Schillaci, Anthony | $1,481.06 | $525.47 | $2,006.53 |
| Schillaci, Deceased, Sammy | $777.09 | $380.77 | $1,157.86 |
| Schmidt, Jeffrey R. | $0.00 | $0.00 | $0.00 |
| Schneider, Ronald J. | $1,387.90 | $60.08 | $1,447.98 |
| Schroeder, Donald R. | $2,410.87 | $729.21 | $3,140.08 |
| Schroeder, Harvard E. | $2,829.89 | $1,094.35 | $3,924.24 |
| Schulin, Larry W. | $610.32 | $26.42 | $636.74 |
| Schultz, Phillip S. | $3,815.72 | $1,869.70 | $5,685.42 |
| Schulze, Anthony G. | $1,056.71 | $517.79 | $1,574.50 |
| Sciambia, Joseph | $2,336.76 | $903.65 | $3,240.41 |
| Scott, Jerome E. | $1,015.88 | $43.98 | $1,059.86 |
| Scott, Lucius W. | $2,296.24 | $99.40 | $2,395.64 |
| Scott, Randolph A. | $2,382.60 | $103.14 | $2,485.74 |
| Scott, Jr., Eugene | $3,767.72 | $163.10 | $3,930.82 |
| Seaback, George C. | $2,593.16 | $1,270.65 | $3,863.81 |
| Severance, William J. | $2,130.79 | $92.24 | $2,223.03 |

# Termination Pay Damages

| Last NameFirst | Damages | Prejudgment Interest | Total Damages + Interest |
|---|---|---|---|
| Shaffer, Terry | $557.54 | $273.19 | $830.73 |
| Shaw, John D. | $3,895.77 | $168.64 | $4,064.41 |
| Sheffield, Billy H. | $2,043.94 | $1,001.53 | $3,045.47 |
| Sheffield, William L. | $7,241.96 | $313.49 | $7,555.45 |
| Shelton, Lloyd W. | $2,051.25 | $88.79 | $2,140.04 |
| Shely, Darrell R. | $2,152.30 | $832.32 | $2,984.62 |
| Sherrard, Robert C. | $3,309.59 | $1,621.70 | $4,931.29 |
| Sherrouse, Melvin M. | $635.29 | $27.50 | $662.79 |
| Shrum, Michael A. | $6,698.98 | $289.98 | $6,988.96 |
| Simmons, Dennis R. | $1,623.59 | $70.28 | $1,693.87 |
| Simmons, Roy L. | $1,799.35 | $881.68 | $2,681.03 |
| Sims, Herbert C. | $2,691.45 | $1,040.82 | $3,732.27 |
| Sims, Sherman K. | $1,058.42 | $320.14 | $1,378.56 |
| Sivley, William L. | $260.97 | $100.92 | $361.89 |
| Skinner, William H. | $1,922.39 | $743.41 | $2,665.80 |
| Slabic, Michael S. | $845.37 | $326.92 | $1,172.29 |
| Slovacek, John R. | $3,668.61 | $1,418.70 | $5,087.31 |
| Smelley, William D. | $2,036.26 | $787.45 | $2,823.71 |
| Smith, Dannie C. | $901.50 | $348.62 | $1,250.12 |
| Smith, David W. | $2,108.23 | $91.26 | $2,199.49 |
| Smith, Jerry D. | $3,181.64 | $1,365.49 | $4,547.13 |
| Smith, Michael D. | $1,007.79 | $357.56 | $1,365.35 |
| Smith, Michael L. | $1,177.92 | $50.99 | $1,228.91 |
| Smith, Newton | $0.00 | $0.00 | $0.00 |
| Smith, Jr., Frank | $2,161.30 | $93.56 | $2,254.86 |
| Southern, Nathaniel | $3,064.05 | $132.64 | $3,196.69 |
| Sowell, Gerry | $5,248.96 | $227.22 | $5,476.18 |
| Spencer, Thomas | $2,458.59 | $950.77 | $3,409.36 |
| Spradlin, Tommy E. | $2,661.89 | $115.23 | $2,777.12 |
| Stafford, Lester | $1,649.50 | $71.40 | $1,720.90 |
| Stagner, Allen D. | $1,312.56 | $643.15 | $1,955.71 |
| Stahl, James E. | $950.23 | $287.41 | $1,237.64 |
| Stahl, Lance | $3,880.92 | $1,500.80 | $5,381.72 |
| Stansel, Jerry | $1,241.55 | $480.12 | $1,721.67 |
| Starling, Howard T. | $3,370.30 | $1,303.34 | $4,673.64 |
| Starling, Melvin L. | $1,344.85 | $520.07 | $1,864.92 |
| Steele, James W. | $2,299.14 | $99.52 | $2,398.66 |
| Steich, Walter G. | $2,216.62 | $95.95 | $2,312.57 |
| Stein, Herbert W. | $582.79 | $285.57 | $868.36 |
| Stephens, Carl W. | $1,269.87 | $384.09 | $1,653.96 |
| Stephens, Leonard | $1,798.23 | $881.13 | $2,679.36 |
| Steward, Robert W. | $3,710.25 | $1,818.02 | $5,528.27 |

## Termination Pay Damages

| Last NameFirst | Damages | Prejudgment Interest | Total Damages + Interest |
|---|---|---|---|
| Steward, Wilbert P. | $3,380.51 | $1,656.45 | $5,036.96 |
| Stewart, David | $0.00 | $0.00 | $0.00 |
| Stone, Lloyd W. | $2,727.33 | $1,336.39 | $4,063.72 |
| Stone, William R. | $2,865.06 | $1,107.95 | $3,973.01 |
| Strahan, Bob C. | $474.27 | $183.41 | $657.68 |
| Strange, John H. | $1,846.40 | $714.03 | $2,560.43 |
| Swanier, Willie J. | $997.35 | $43.17 | $1,040.52 |
| Swisher, Robert E. | $3,663.93 | $1,299.94 | $4,963.87 |
| Talbot, Bruce W. | $1,110.90 | $544.34 | $1,655.24 |
| Tamborello, Anthony J. | $2,343.50 | $906.26 | $3,249.76 |
| Tamborello, Anthony S. | $4,743.44 | $1,834.35 | $6,577.79 |
| Tamborello, Robert | $2,647.47 | $939.31 | $3,586.78 |
| Tarver, Reginald | $1,325.29 | $649.39 | $1,974.68 |
| Taylor, Alfred | $0.00 | $0.00 | $0.00 |
| Taylor, David B. | $3,022.80 | $130.85 | $3,153.65 |
| Taylor, Frank W. | $7,443.54 | $322.21 | $7,765.75 |
| Taylor, Gary A. | $323.34 | $14.00 | $337.34 |
| Taylor, Hubert G. | $2,256.29 | $682.45 | $2,938.74 |
| Taylor, John S. | $1,441.12 | $706.15 | $2,147.27 |
| Teague, Roger G. | $2,569.70 | $777.25 | $3,346.95 |
| Terry, Julio L. | $663.49 | $200.68 | $864.17 |
| Thames, Michael O. | $1,514.84 | $585.81 | $2,100.65 |
| Tharp, James L. | $1,065.01 | $521.85 | $1,586.86 |
| Thibodeaux, Amar P. | $1,343.43 | $658.28 | $2,001.71 |
| Thomas, Michael G. | $2,614.41 | $113.17 | $2,727.58 |
| Thomas, Richard F. | $1,191.10 | $460.61 | $1,651.71 |
| Thompson, Billy W. | $790.47 | $387.33 | $1,177.80 |
| Thompson, Jerry W. | $1,437.30 | $555.82 | $1,993.12 |
| Thompson, Terry G. | $1,258.93 | $486.84 | $1,745.77 |
| Thorne, Duron J. | $1,823.82 | $893.67 | $2,717.49 |
| Throop, Charles H. | $4,849.32 | $209.92 | $5,059.24 |
| Ticknor, Rex A. | $2,230.75 | $862.66 | $3,093.41 |
| Tidwell, Ronnie L. | $2,171.60 | $1,064.08 | $3,235.68 |
| Tilbury, David A. | $1,795.29 | $879.69 | $2,674.98 |
| Tolson, Sheldon K. | $419.99 | $162.42 | $582.41 |
| Torres, Ray | $3,361.55 | $1,299.95 | $4,661.50 |
| Tortorice, Joseph M. | $948.81 | $468.56 | $1,417.37 |
| Townsell, Jr., Donald | $1,512.37 | $65.47 | $1,577.84 |
| Tucker, James H. | $3,135.65 | $1,536.47 | $4,672.12 |
| Tumis, John M. | $1,836.55 | $710.22 | $2,546.77 |
| Turner, Thomas E. | $2,295.70 | $99.38 | $2,395.08 |
| Tyra, Lester W. | $3,243.81 | $1,589.47 | $4,833.28 |

# Termination Pay Damages

| Last NameFirst | Damages | Prejudgment Interest | Total Damages + Interest |
|---|---|---|---|
| Ullrich, Henry W. | $2,137.65 | $826.66 | $2,964.31 |
| Ussery, Jimmy D. | $1,224.31 | $473.46 | $1,697.77 |
| Venegas, David | $54.69 | $16.54 | $71.23 |
| Vick, Willie G. | $545.54 | $267.31 | $812.85 |
| Vickers, F. L. | $5,565.30 | $2,152.17 | $7,717.47 |
| Villareal, Bob | $11,202.54 | $484.93 | $11,687.47 |
| Villareal, Gilbert | $2,508.52 | $1,229.17 | $3,737.69 |
| Villarreal, Gregory M. | $855.53 | $330.84 | $1,186.37 |
| Wade, Larry W. | $2,825.47 | $1,092.64 | $3,918.11 |
| Wakefield, Jerry D. | $1,244.91 | $610.01 | $1,854.92 |
| Waldrep, Stephen A. | $653.35 | $197.62 | $850.97 |
| Waldrum, Wesley | $1,386.65 | $536.23 | $1,922.88 |
| Walker, James H. | $2,295.15 | $694.20 | $2,989.35 |
| Walker, Jerry E. | $3,417.92 | $1,321.75 | $4,739.67 |
| Walker, Michael O. | $2,024.85 | $87.65 | $2,112.50 |
| Walker, Roger W. | $1,986.11 | $768.05 | $2,754.16 |
| Walker, Jr., Otis | $1,003.31 | $43.43 | $1,046.74 |
| Wallace, III, Melvin M. | $8,720.89 | $377.51 | $9,098.40 |
| Wallace, Jr., Oscar F. | $1,125.59 | $551.54 | $1,677.13 |
| Walters, Donald L. | $1,766.91 | $76.49 | $1,843.40 |
| Ward, David | $2,817.56 | $999.65 | $3,817.21 |
| Ward, Edward K. | $812.95 | $314.38 | $1,127.33 |
| Ward, George C. | $3,207.47 | $138.84 | $3,346.31 |
| Ward, Thomas | $1,675.03 | $72.51 | $1,747.54 |
| Warfield, Gregory | $994.55 | $43.05 | $1,037.60 |
| Warnke, Wesley J. | $9,648.32 | $3,731.12 | $13,379.44 |
| Warwick, Sr., Delbert L. | $3,948.23 | $1,400.81 | $5,349.04 |
| Washington, Earl D. | $1,723.29 | $74.60 | $1,797.89 |
| Waters, Jr., Wayne G. | $1,650.36 | $71.44 | $1,721.80 |
| Watson, Dale G. | $1,340.78 | $518.50 | $1,859.28 |
| Watson, Thomas L. | $2,078.82 | $628.77 | $2,707.59 |
| Way, Jerry D. | $1,715.34 | $74.25 | $1,789.59 |
| Wead, Michael F. | $1,400.00 | $686.00 | $2,086.00 |
| Weatherly, Bobby J. | $868.10 | $335.70 | $1,203.80 |
| Weaver, Marion | $1,630.68 | $799.03 | $2,429.71 |
| Weber, Carl | $2,424.79 | $937.70 | $3,362.49 |
| Weber, Raymond G. | $3,260.65 | $1,156.86 | $4,417.51 |
| Wedgeworth, Jack E. | $3,035.63 | $1,487.46 | $4,523.09 |
| Weidemann, Douglas R. | $2,467.38 | $954.17 | $3,421.55 |
| Weinman, Barry W. | $4,993.04 | $216.14 | $5,209.18 |
| Wesley, Larry A. | $41.82 | $20.49 | $62.31 |
| Wessman, Frederick J. | $614.35 | $237.58 | $851.93 |

Termination Pay Damages

| Last NameFirst | Damages | Prejudgment Interest | Total Damages + Interest |
|---|---|---|---|
| Wheeler, Charles V. | $1,437.94 | $704.59 | $2,142.53 |
| Whitcher, Charles J. | $0.00 | $0.00 | $0.00 |
| White, Robert A. | $2,497.26 | $965.72 | $3,462.98 |
| Whiting, Jr., Daniel | $444.19 | $217.65 | $661.84 |
| Wilburn, Brandt A. | $4,279.01 | $185.23 | $4,464.24 |
| Wiley, Eugene | $4,114.03 | $1,244.35 | $5,358.38 |
| Wilganowski, Richard J. | $795.11 | $34.42 | $829.53 |
| Wilkerson, James E. | $2,295.47 | $887.69 | $3,183.16 |
| Williams, Darrell W. | $5,287.71 | $1,599.35 | $6,887.06 |
| Williams, James M. | $423.22 | $207.38 | $630.60 |
| Williams, Michael Craig | $995.85 | $385.11 | $1,380.96 |
| Williams, Osbourne R. | $0.00 | $0.00 | $0.00 |
| Williams, Richard | $1,590.00 | $614.87 | $2,204.87 |
| Williams, Richard K. | $561.81 | $169.93 | $731.74 |
| Williams, William Kirk | $1,012.02 | $391.36 | $1,403.38 |
| Wilson, Jr., Charlie S. | $2,022.76 | $991.15 | $3,013.91 |
| Wischnewsky, Ronald F. | $4,874.55 | $1,474.38 | $6,348.93 |
| Withers, Bert K. | $1,016.19 | $43.99 | $1,060.18 |
| Wood, John P. | $1,996.27 | $978.17 | $2,974.44 |
| Wood, Ricky J. | $860.64 | $260.31 | $1,120.95 |
| Wood, Thomas D. | $4,209.46 | $182.22 | $4,391.68 |
| Wooten, Gregory W. | $123.38 | $5.34 | $128.72 |
| Wright, James A. | $2,725.23 | $1,053.88 | $3,779.11 |
| Wroblewski, Robert | $1,636.20 | $801.74 | $2,437.94 |
| Yanez, Victor H. | $2,446.78 | $105.92 | $2,552.70 |
| Yaw, Leighton H. | $3,845.42 | $166.46 | $4,011.88 |
| Yazbeck, Antoine E. | $743.36 | $364.25 | $1,107.61 |
| Young, Carl B. | $2,809.67 | $1,376.74 | $4,186.41 |
| Zepeda, John | $3,438.43 | $148.84 | $3,587.27 |
| Zigal, Mike E. | $2,704.06 | $117.05 | $2,821.11 |
| Zimmerman, Zeke | $4,219.38 | $1,631.69 | $5,851.07 |
| | | | |
| Totals | $1,663,861.49 | $449,554.50 | $2,113,415.99 |

Debit Day Overtime Damages

| Last NameFirst | Damages | Prejudgment Interest | Damages + Interest |
|---|---|---|---|
| Abdul-Kareem, Zaid I. | 0.00 | 0.00 | 0.00 |
| Acevedo, Jerry | 0.00 | 0.00 | 0.00 |
| Adams, Leo | 0.00 | 0.00 | 0.00 |
| Adams, Travis E. | 0.00 | 0.00 | 0.00 |
| Adkins, Leslie C. | 0.00 | 0.00 | 0.00 |
| Aguilar, Eleazar | 0.00 | 0.00 | 0.00 |
| Aguirre, Pablo | 0.00 | 0.00 | 0.00 |
| Albarado, Paul | 1,040.45 | 402.35 | 1,442.80 |
| Albers, Benny H. | 2,440.26 | 943.68 | 3,383.94 |
| Alderete, Jr., Gilberto | 0.00 | 0.00 | 0.00 |
| Aldridge, Donald R. | 0.00 | 0.00 | 0.00 |
| Alexander, George P. | 0.00 | 0.00 | 0.00 |
| Alexander, Kevin J. | 0.00 | 0.00 | 0.00 |
| Allen, Gilbert E. | 0.00 | 0.00 | 0.00 |
| Allen, James | 1,691.69 | 654.20 | 2,345.89 |
| Allen, Norman E. | 1,966.81 | 760.59 | 2,727.40 |
| Alms, Michael R. | 0.00 | 0.00 | 0.00 |
| Anderson, James S. | 0.00 | 0.00 | 0.00 |
| Anderson, Jerry W. | 0.00 | 0.00 | 0.00 |
| Anderson, Leslie F. | 0.00 | 0.00 | 0.00 |
| Arfele, Thomas G. | 1,691.67 | 835.41 | 2,527.07 |
| Arizpe, Jr., Alex | 637.15 | 246.39 | 883.55 |
| Armstreet, Waymon E. | 0.00 | 0.00 | 0.00 |
| Armstrong, Lanny W. | 0.00 | 0.00 | 0.00 |
| Armstrong, Ulysess | 1,416.61 | 547.82 | 1,964.43 |
| Arnt, Anthony R. | 0.00 | 0.00 | 0.00 |
| Arrington, Billy R. | 0.00 | 0.00 | 0.00 |
| Arvie, Allen | 0.00 | 0.00 | 0.00 |
| Ater, Theo R. | 0.00 | 0.00 | 0.00 |
| Atkinson, James T. | 0.00 | 0.00 | 0.00 |

# EXHIBIT B

Debit Day Overtime Damages

| Last NameFirst | Damages | Prejudgment Interest | Damages + Interest |
|---|---|---|---|
| Atkinson, Myron E. | 0.00 | 0.00 | 0.00 |
| Baber, Chapman E. | 768.57 | 297.22 | 1,065.79 |
| Baird, Tony W. | 0.00 | 0.00 | 0.00 |
| Baker, Richard J. | 0.00 | 0.00 | 0.00 |
| Banda, Daniel L. | 0.00 | 0.00 | 0.00 |
| Bannert, Donnie L. | 0.00 | 0.00 | 0.00 |
| Barbary, Ollie D. | 0.00 | 0.00 | 0.00 |
| Barker, Curtis H. | 0.00 | 0.00 | 0.00 |
| Barr, Charles D. | 193.81 | 94.97 | 288.77 |
| Barrett, Jr., Oliver L. | 0.00 | 0.00 | 0.00 |
| Bates, Marcus | 0.00 | 0.00 | 0.00 |
| Bates, Ronnie | 1,109.05 | 428.88 | 1,537.93 |
| Baugh, Bruce E. | 0.00 | 0.00 | 0.00 |
| Beck, Royce G. | 1,894.39 | 732.58 | 2,626.98 |
| Belin, Johnny E. | 0.00 | 0.00 | 0.00 |
| Bell, Charles R. | 0.00 | 0.00 | 0.00 |
| Bell, Hillary | 0.00 | 0.00 | 0.00 |
| Bell, James Edward | 0.00 | 0.00 | 0.00 |
| Belveal, Sherwin W. | 0.00 | 0.00 | 0.00 |
| Belyeu, Thomas E. | 1,229.70 | 602.55 | 1,832.26 |
| Benjamin, William | 0.00 | 0.00 | 0.00 |
| Bennefeld, Freddie | 0.00 | 0.00 | 0.00 |
| Bennett, Donald A. | 0.00 | 0.00 | 0.00 |
| Bennett, Gary P. | 201.51 | 77.93 | 279.44 |
| Bennett, Gilbert T. | 0.00 | 0.00 | 0.00 |
| Bennett, Jack F. | 0.00 | 0.00 | 0.00 |
| Bennett, Raymond R. | 1,938.36 | 749.59 | 2,687.95 |
| Bennett, Robert | 0.00 | 0.00 | 0.00 |
| Bennett, Robert L. | 0.00 | 0.00 | 0.00 |
| Bennett, Timothy J. | 0.00 | 0.00 | 0.00 |

Debit Day Overtime Damages

| Last NameFirst | Damages | Prejudgment Interest | Damages + Interest |
|---|---|---|---|
| Benson, Lawrence E. | 387.67 | 117.26 | 504.93 |
| Berlanga, Richard | 0.00 | 0.00 | 0.00 |
| Bernal, Jr., Irineo | 0.00 | 0.00 | 0.00 |
| Bernard, Paul N. | 0.00 | 0.00 | 0.00 |
| Bernard, Phillip | 0.00 | 0.00 | 0.00 |
| Besselman, Jerry A. | 0.00 | 0.00 | 0.00 |
| Binnion, Royce G. | 509.39 | 154.07 | 663.46 |
| Bishop, Ronald W. | 0.00 | 0.00 | 0.00 |
| Black, Larry W. | 0.00 | 0.00 | 0.00 |
| Blair, Rodney M. | 2,961.01 | 1,145.06 | 4,106.06 |
| Bobo, Roger D. | 0.00 | 0.00 | 0.00 |
| Boegler, Craig E. | 0.00 | 0.00 | 0.00 |
| Boegler, Ronnie L. | 775.34 | 379.92 | 1,155.26 |
| Bolling, Jr., Laval H. | 0.00 | 0.00 | 0.00 |
| Bolton, Terry L. | 0.00 | 0.00 | 0.00 |
| Bond, Joseph T. | 0.00 | 0.00 | 0.00 |
| Bonds, David | 1,774.73 | 686.31 | 2,461.04 |
| Booth, James R. | 0.00 | 0.00 | 0.00 |
| Borden, Raymond | 0.00 | 0.00 | 0.00 |
| Boriack, Donald W. | 0.00 | 0.00 | 0.00 |
| Bourgeois, Gary L. | 0.00 | 0.00 | 0.00 |
| Boze, Edward W. | 193.84 | 74.96 | 268.79 |
| Brady, Eric D. | 153.01 | 54.29 | 207.30 |
| Braggs, Jimmie L. | 0.00 | 0.00 | 0.00 |
| Branch, Robert L. | 1,826.57 | 706.36 | 2,532.93 |
| Broeder, Kenneth A. | 1,040.45 | 402.35 | 1,442.80 |
| Bromonsky, Billy | 631.49 | 244.21 | 875.70 |
| Broussard, Arthur | 0.00 | 0.00 | 0.00 |
| Brown, Donald R. | 0.00 | 0.00 | 0.00 |
| Brown, Garry L. | 0.00 | 0.00 | 0.00 |

Debit Day Overtime Damages

| Last NameFirst | Damages | Prejudgment Interest | Damages + Interest |
|---|---|---|---|
| Brown, Gary L. | 0.00 | 0.00 | 0.00 |
| Brown, Jerald A. | 0.00 | 0.00 | 0.00 |
| Brown, Jr., Irving | 0.00 | 0.00 | 0.00 |
| Brown, Ronald G. | 0.00 | 799.18 | 799.18 |
| Brown, William N. | 2,066.60 | 0.00 | 2,066.60 |
| Bruce, Sidney R. | 775.34 | 379.92 | 1,155.26 |
| Brymer, Ben H. | 861.09 | 332.99 | 1,194.08 |
| Buckelew, James O. | 0.00 | 0.00 | 0.00 |
| Budewig, Gregory S. | 0.00 | 0.00 | 0.00 |
| Buller, Richard W. | 0.00 | 0.00 | 0.00 |
| Bundrick, Jimmy | 1,101.81 | 472.87 | 1,574.68 |
| Burleson, Delbert | 0.00 | 0.00 | 0.00 |
| Burlin, George S. | 0.00 | 0.00 | 0.00 |
| Burt, Ray | 516.65 | 253.16 | 769.81 |
| Burton, John | 0.00 | 0.00 | 0.00 |
| Butler, Arthur | 0.00 | 0.00 | 0.00 |
| Butler, John G. | 0.00 | 0.00 | 0.00 |
| Byrd, Charles D. | 0.00 | 0.00 | 0.00 |
| Byrd, Dennis C. | 0.00 | 0.00 | 0.00 |
| Caballero, Manuel G. | 0.00 | 0.00 | 0.00 |
| Caballero, Roger M. | 0.00 | 0.00 | 0.00 |
| Callihan, Cecil | 0.00 | 0.00 | 0.00 |
| Cameron, Lonny R. | 0.00 | 0.00 | 0.00 |
| Campbell, John D. | 0.00 | 0.00 | 0.00 |
| Campbell, William R. | 2,206.52 | 853.29 | 3,059.80 |
| Cannon, John | 0.00 | 0.00 | 0.00 |
| Cannon, Melvin E. | 0.00 | 0.00 | 0.00 |
| Capehart, Larry J. | 0.00 | 0.00 | 0.00 |
| Carrasco-Ybarra, Aurora | 0.00 | 0.00 | 0.00 |
| Carraway, Bobby D. | 516.65 | 199.80 | 716.45 |

Debit Day Overtime Damages

| Last NameFirst | Damages | Prejudgment Interest | Damages + Interest |
|---|---|---|---|
| Carter, Charles W. | 0.00 | 0.00 | 0.00 |
| Carter, John L. | 605.16 | 234.02 | 839.18 |
| Cary, Chester A. | 0.00 | 0.00 | 0.00 |
| Casanover, Daniel W. | 0.00 | 0.00 | 0.00 |
| Cason, Charles B. | 1,664.18 | 815.45 | 2,479.63 |
| Castillo, Gilbert F. | 482.87 | 146.05 | 628.92 |
| Castleberry, Robert W. | 0.00 | 0.00 | 0.00 |
| Caswell, Larry | 0.00 | 0.00 | 0.00 |
| Cegielski, Ezdore P. | 0.00 | 0.00 | 0.00 |
| Celsor, Dennis | 0.00 | 0.00 | 0.00 |
| Chaffin, Billy S. | 768.57 | 376.60 | 1,145.16 |
| Champagne, David W. | 927.50 | 280.54 | 1,208.04 |
| Champagne, Norman W. | 0.00 | 0.00 | 0.00 |
| Chandler, John | 0.00 | 0.00 | 0.00 |
| Chandler, Richard G. | 0.00 | 0.00 | 0.00 |
| Chavez, Armando J. | 0.00 | 0.00 | 0.00 |
| Cherry, Leonard L. | 0.00 | 0.00 | 0.00 |
| Chevalier, Clifford D. | 0.00 | 0.00 | 0.00 |
| Christopher, John M. | 624.84 | 241.63 | 866.48 |
| Christopher, Phillip R. | 0.00 | 0.00 | 0.00 |
| Chumley, Samuel R. | 0.00 | 0.00 | 0.00 |
| Cichon, Lawrence M. | 0.00 | 0.00 | 0.00 |
| Clark, Donald R. | 0.00 | 0.00 | 0.00 |
| Clark, Joseph A. | 0.00 | 0.00 | 0.00 |
| Clemens, John A. | 0.00 | 0.00 | 0.00 |
| Clifton, Robbie W. | 0.00 | 0.00 | 0.00 |
| Coates, Howard N. | 2,147.89 | 1,052.47 | 3,200.36 |
| Cobb, Robert L. | 0.00 | 0.00 | 0.00 |
| Coleman, Abel A. | 0.00 | 0.00 | 0.00 |
| Collins, Greg A. | 0.00 | 0.00 | 0.00 |

## Debit Day Overtime Damages

| Last NameFirst | Damages | Prejudgment Interest | Damages + Interest |
|---|---|---|---|
| Collins, James C. | 0.00 | 0.00 | 0.00 |
| Combs, Travis A. | 0.00 | 0.00 | 0.00 |
| Conrad, Fred G. | 0.00 | 0.00 | 0.00 |
| Conway, Bruce G. | 0.00 | 0.00 | 0.00 |
| Cook, Richard C. | 0.00 | 0.00 | 0.00 |
| Cordaway, Daniel | 0.00 | 0.00 | 0.00 |
| Corliss, Richard A. | 0.00 | 0.00 | 0.00 |
| Corral, Edward A. | 0.00 | 0.00 | 0.00 |
| Cortez, Gabino J. | 0.00 | 0.00 | 0.00 |
| Cortez, Robert A. | 0.00 | 0.00 | 0.00 |
| Cotten, Willie E. | 0.00 | 0.00 | 0.00 |
| Couch, Jr., Floyd H. | 0.00 | 0.00 | 0.00 |
| Covington, Larry C. | 0.00 | 0.00 | 0.00 |
| Cox, Dennis | 1,358.34 | 665.59 | 2,023.93 |
| Craft, Mishie I. | 0.00 | 0.00 | 0.00 |
| Cravin, James A. | 154.90 | 59.90 | 214.81 |
| Crawford, James R. | 0.00 | 0.00 | 0.00 |
| Crawford, Terry | 0.00 | 0.00 | 0.00 |
| Creps, Thomas A. | 0.00 | 0.00 | 0.00 |
| Crocker, John T. | 922.27 | 356.65 | 1,278.93 |
| Crowder, Donald E. | 728.61 | 258.51 | 987.12 |
| Crowder, James R. | 0.00 | 0.00 | 0.00 |
| Cucina, Frank R. | 0.00 | 0.00 | 0.00 |
| Curtis, Jerry D. | 390.05 | 150.84 | 540.89 |
| Curtis, Stanley G. | 0.00 | 0.00 | 0.00 |
| Daigle, Michael L. | 0.00 | 0.00 | 0.00 |
| Dalmolin, David L. | 0.00 | 0.00 | 0.00 |
| Dalzell, William B. | 0.00 | 0.00 | 0.00 |
| Dancer, James S. | 0.00 | 0.00 | 0.00 |
| Danna, Larry C. | 0.00 | 0.00 | 0.00 |

Debit Day Overtime Damages

| Last NameFirst | Damages | Prejudgment Interest | Damages + Interest |
|---|---|---|---|
| Davidson, Daniel | 1,510.31 | 584.05 | 2,094.36 |
| Davis, Joe | 0.00 | 0.00 | 0.00 |
| Davis, Stanley W. | 0.00 | 0.00 | 0.00 |
| Davison, Gary L. | 832.67 | 322.00 | 1,154.67 |
| Deal, James E. | 0.00 | 0.00 | 0.00 |
| Dean, David W. | 0.00 | 0.00 | 0.00 |
| Dean, Gary T. | 1,057.83 | 409.08 | 1,466.90 |
| Dearing, Jimmie | 1,390.39 | 537.68 | 1,928.07 |
| Dees, Ronnie H. | 0.00 | 0.00 | 0.00 |
| DeForke, Jr., Sam L. | 0.00 | 0.00 | 0.00 |
| Deiss, Bobby R. | 1,738.99 | 672.49 | 2,411.48 |
| Delbello, Steve | 0.00 | 0.00 | 0.00 |
| Delgadillo, Joe H. | 0.00 | 0.00 | 0.00 |
| Demoss, Charles F. | 0.00 | 0.00 | 0.00 |
| Deschner, David | 0.00 | 0.00 | 0.00 |
| Dibello, Sammy J. | 0.00 | 0.00 | 0.00 |
| Dick, David E. | 0.00 | 0.00 | 0.00 |
| Dillard, Sr., Daniel J. | 302.59 | 129.86 | 432.45 |
| Ditta, Frank P. | 0.00 | 0.00 | 0.00 |
| Dominy, Marvin L. | 0.00 | 0.00 | 0.00 |
| Donalson, Norman | 1,998.28 | 772.76 | 2,771.05 |
| Donlevy, Michael F. | 0.00 | 0.00 | 0.00 |
| Dornak, Daryl D. | 0.00 | 0.00 | 0.00 |
| Dornak, Ronald E. | 0.00 | 0.00 | 0.00 |
| Dowdy, Thomas | 0.00 | 0.00 | 0.00 |
| Driskell, Norman E. | 0.00 | 0.00 | 0.00 |
| Duckett, Dennis C. | 0.00 | 0.00 | 0.00 |
| Ducote, Warren G. | 0.00 | 0.00 | 0.00 |
| Duplechin, Rauley | 0.00 | 0.00 | 0.00 |
| Dupree, Joey P. | 0.00 | 0.00 | 0.00 |

Debit Day Overtime Damages

| Last NameFirst | Damages | Prejudgment Interest | Damages + Interest |
|---|---|---|---|
| Duran, Ernest | 302.58 | 148.26 | 450.85 |
| Earnest, Ronald | 780.18 | 382.29 | 1,162.47 |
| Easley, David A. | 1,537.12 | 753.19 | 2,290.32 |
| Eisfeldt, Kenneth W. | 0.00 | 0.00 | 0.00 |
| Elizondo, Johnny L. | 0.00 | 0.00 | 0.00 |
| Elliott, David S. | 0.00 | 0.00 | 0.00 |
| Emmons, Billy W. | 0.00 | 0.00 | 0.00 |
| Englishbee, Bobby C. | 0.00 | 0.00 | 0.00 |
| Erickson, Thomas A. | 0.00 | 0.00 | 0.00 |
| Estes, Daniel E. | 0.00 | 0.00 | 0.00 |
| Everitt, Jr., Shannon E. | 0.00 | 0.00 | 0.00 |
| Farris, Allen L. | 0.00 | 0.00 | 0.00 |
| Filar, Anthony "Tony" S. | 0.00 | 0.00 | 0.00 |
| Filar, John L. | 0.00 | 0.00 | 0.00 |
| Fisher, Jarvis D. | 1,549.95 | 759.47 | 2,309.42 |
| Ford, Jerry S. | 479.31 | 20.75 | 500.06 |
| Foroi, Farest | 0.00 | 0.00 | 0.00 |
| Fortune, Lynn E. | 0.00 | 0.00 | 0.00 |
| Foster, Jr., Roy A. | 443.68 | 171.58 | 615.26 |
| Fox, Floyd G. | 0.00 | 0.00 | 0.00 |
| Franklin, Oscar L. | 0.00 | 0.00 | 0.00 |
| Frankum, William T. | 0.00 | 0.00 | 0.00 |
| Frazier, Ralph E. | 1,356.85 | 524.71 | 1,881.56 |
| Freeman, Tyrone G. | 0.00 | 0.00 | 0.00 |
| Fress, Gus Leon | 1,874.53 | 724.90 | 2,599.43 |
| Fryer, John L. | 0.00 | 0.00 | 0.00 |
| Fults, Scott T. | 0.00 | 0.00 | 0.00 |
| Gaeke, Brian R. | 0.00 | 0.00 | 0.00 |
| Gainous, Thomas | 1,687.53 | 652.59 | 2,340.12 |
| Gaitz, Charles A. | 0.00 | 0.00 | 0.00 |

Debit Day Overtime Damages

| Last NameFirst | Damages | Prejudgment Interest | Damages + Interest |
|---|---|---|---|
| Galan, Gregory A. | 0.00 | 0.00 | 0.00 |
| Gann, Michael R. | 0.00 | 0.00 | 0.00 |
| Garcia, Albert H. | 0.00 | 0.00 | 0.00 |
| Garcia, Rene J. | 0.00 | 0.00 | 0.00 |
| Garrett, Johnny M. | 0.00 | 0.00 | 0.00 |
| Garza, Ralph M. | 0.00 | 0.00 | 0.00 |
| Garza, Richard L. | 0.00 | 0.00 | 0.00 |
| Garza, Robert B. | 0.00 | 0.00 | 0.00 |
| Garza, Sr., Jose R. | 0.00 | 0.00 | 0.00 |
| George, George R. | 0.00 | 0.00 | 0.00 |
| Gessner, Melvin A. | 0.00 | 0.00 | 0.00 |
| Gibson, Brad T. | 0.00 | 0.00 | 0.00 |
| Gibson, Chester W. | 0.00 | 0.00 | 0.00 |
| Gibson, Jerry L. | 0.00 | 0.00 | 0.00 |
| Gilchrist, David N. | 2,030.75 | 785.31 | 2,816.06 |
| Gilmore, Jr., Roosevelt | 0.00 | 0.00 | 0.00 |
| Girardi, Michael A. | 0.00 | 0.00 | 0.00 |
| Glass, Jr., Willie E. | 0.00 | 0.00 | 0.00 |
| Glover, Johnny D. | 0.00 | 0.00 | 0.00 |
| Goetzman, James E. | 0.00 | 0.00 | 0.00 |
| Golden, Berton D. | 0.00 | 0.00 | 0.00 |
| Golden, Donna | 2,151.98 | 832.20 | 2,984.18 |
| Gonzales, Glenn R. | 0.00 | 0.00 | 0.00 |
| Gonzales, Herman | 0.00 | 0.00 | 0.00 |
| Gonzalez, Eugenio | 0.00 | 0.00 | 0.00 |
| Gonzalez, Robert M. | 0.00 | 0.00 | 0.00 |
| Goodlett, Gary L. | 0.00 | 0.00 | 0.00 |
| Gore, Frank E. | 0.00 | 0.00 | 0.00 |
| Goss, III, Wilmer C. | 0.00 | 0.00 | 0.00 |
| Gould, Joseph | 1,033.31 | 312.54 | 1,345.84 |

# Debit Day Overtime Damages

| Last NameFirst | Damages | Prejudgment Interest | Damages + Interest |
|---|---|---|---|
| Graham, Zenus A. | 0.00 | 0.00 | 0.00 |
| Gray, Gary D. | 0.00 | 0.00 | 0.00 |
| Green, Freddie J. | 0.00 | 0.00 | 0.00 |
| Greenwood, Danny R. | 0.00 | 0.00 | 0.00 |
| Griffin, Gordon L. | 848.98 | 328.31 | 1,177.30 |
| Grimes, Gary | 441.30 | 170.66 | 611.96 |
| Grimstead, Ronald A. | 0.00 | 0.00 | 0.00 |
| Grisham, Billy D. | 0.00 | 0.00 | 0.00 |
| Grissom, Charles B. | 0.00 | 0.00 | 0.00 |
| Grissom, Wayne C. | 882.61 | 378.80 | 1,261.40 |
| Groover, Gary S. | 0.00 | 0.00 | 0.00 |
| Guentert, Gene | 1,361.64 | 584.39 | 1,946.03 |
| Guercio, Gasper | 1,187.43 | 421.29 | 1,608.73 |
| Gunderson, Alan R. | 0.00 | 0.00 | 0.00 |
| Gustafson, Victor | 815.73 | 315.45 | 1,131.19 |
| Guthrie, Frank | 1,548.38 | 758.70 | 2,307.08 |
| Haden, Ronnie | 0.00 | 0.00 | 0.00 |
| Hakemack, Terry G. | 0.00 | 0.00 | 0.00 |
| Hall, Barry T. | 0.00 | 0.00 | 0.00 |
| Hall, David | 1,226.91 | 371.10 | 1,598.01 |
| Ham, Rockie G. | 0.00 | 0.00 | 0.00 |
| Ham, Timothy | 0.00 | 0.00 | 0.00 |
| Hamilton, Newel K. | 0.00 | 0.00 | 0.00 |
| Hamilton, Samuel | 3,290.55 | 1,272.50 | 4,563.04 |
| Hamm, Dave E. | 0.00 | 0.00 | 0.00 |
| Hand, William T. | 0.00 | 0.00 | 0.00 |
| Harkless, Everett H. | 0.00 | 0.00 | 0.00 |
| Harper, David L. | 464.71 | 227.71 | 692.41 |
| Harper, Larry B. | 0.00 | 0.00 | 0.00 |
| Harris, Russell S. | 0.00 | 0.00 | 0.00 |

Debit Day Overtime Damages

| Last NameFirst | Damages | Prejudgment Interest | Damages + Interest |
|---|---|---|---|
| Harvey, Lester L. | 0.00 | 0.00 | 0.00 |
| Hauck, Leon J. | 0.00 | 0.00 | 0.00 |
| Havemann, Ronald L. | 0.00 | 0.00 | 0.00 |
| Hawkins, Christopher X. | 0.00 | 0.00 | 0.00 |
| Hawkins, Larry | 0.00 | 0.00 | 0.00 |
| Hawkins, Lloyd C. | 0.00 | 0.00 | 0.00 |
| Hawthorne, Charles E. | 0.00 | 0.00 | 0.00 |
| Hawthorne, Robert L. | 1,549.04 | 468.53 | 2,017.57 |
| Hayes, Deceased, Paul | 0.00 | 102.53 | 102.53 |
| Hayes, Timothy H. | 338.98 | 0.00 | 338.98 |
| Hazelwood, Clessie | 0.00 | 0.00 | 0.00 |
| Heinrich, Ernest C. | 0.00 | 0.00 | 0.00 |
| Helm, Donald W. | 0.00 | 0.00 | 0.00 |
| Hendrix, William G. | 0.00 | 0.00 | 0.00 |
| Herman, Michael J. | 0.00 | 0.00 | 0.00 |
| Hernandez, Jr., Juan | 0.00 | 0.00 | 0.00 |
| Herrera, Manuel M. | 1,812.37 | 700.87 | 2,513.24 |
| Herrington, William C. | 151.29 | 53.68 | 204.97 |
| Hibbard, Jackie | 0.00 | 0.00 | 0.00 |
| Hicks, Clifford N. | 0.00 | 0.00 | 0.00 |
| Hicks, Ronald O. | 0.00 | 0.00 | 0.00 |
| Higgins, Leonard J. | 0.00 | 0.00 | 0.00 |
| Hill, Michael C. | 0.00 | 0.00 | 0.00 |
| Hilsher, James E. | 0.00 | 0.00 | 0.00 |
| Hobbs, James H. | 0.00 | 0.00 | 0.00 |
| Hogan, Paul G. | 0.00 | 0.00 | 0.00 |
| Hoggard, Hobert A. | 0.00 | 0.00 | 0.00 |
| Hoggard, Robert G. | 0.00 | 0.00 | 0.00 |
| Holden, James W. | 0.00 | 0.00 | 0.00 |
| Hollas, Richard F. | 0.00 | 0.00 | 0.00 |

# Debit Day Overtime Damages

| Last NameFirst | Damages | Prejudgment Interest | Damages + Interest |
|---|---|---|---|
| Holleman, Jr., John M. | 0.00 | 0.00 | 0.00 |
| Holt, Lindsey G. | 520.22 | 254.91 | 775.13 |
| Hooks, Ricky L. | 0.00 | 0.00 | 0.00 |
| Horowitz, Richard A. | 0.00 | 0.00 | 0.00 |
| Houston, Aubrey | 1,075.99 | 416.10 | 1,492.09 |
| Houston, Sam | 1,248.11 | 442.82 | 1,690.93 |
| Howard, Elbert C. | 0.00 | 0.00 | 0.00 |
| Huckabay, Wayne M. | 0.00 | 0.00 | 0.00 |
| Huerta, Ricardo | 0.00 | 0.00 | 0.00 |
| Huizar, Robert J. | 0.00 | 0.00 | 0.00 |
| Hundl, Duane E. | 0.00 | 0.00 | 0.00 |
| Hundl, Joseph | 0.00 | 0.00 | 0.00 |
| Hunter, Jimmy D. | 0.00 | 0.00 | 0.00 |
| Hunter, Larry | 861.09 | 332.99 | 1,194.08 |
| Hunter, Loyd R. | 780.10 | 301.68 | 1,081.78 |
| Hurt, Byron L. | 0.00 | 0.00 | 0.00 |
| Ingram, Charles A. | 0.00 | 0.00 | 0.00 |
| Inocencio, Pete | 177.92 | 63.13 | 241.05 |
| Irvan. Deceased, Irvan | 516.65 | 199.80 | 716.45 |
| Irvin, Lloyd A. | 1,093.48 | 540.00 | 1,633.47 |
| Itzen, Charles L. | 0.00 | 0.00 | 0.00 |
| Jacoby, Casey R. | 1,036.24 | 507.76 | 1,544.00 |
| Jahnke, David E. | 624.84 | 188.99 | 813.84 |
| Jalomo, Manuel B. | 817.28 | 247.20 | 1,064.48 |
| Jamail, George A. | 302.59 | 107.36 | 409.94 |
| Janner, Darrell W. | 0.00 | 0.00 | 0.00 |
| Jansa, William P. | 0.00 | 0.00 | 0.00 |
| Jatzlau, Billy W. | 0.00 | 0.00 | 0.00 |
| Jaynes, Jerry | 0.00 | 0.00 | 0.00 |
| Jenkins, Oscar S. | 0.00 | 0.00 | 0.00 |

Debit Day Overtime Damages

| Last NameFirst | Damages | Prejudgment Interest | Damages + Interest |
|---|---|---|---|
| Jernigan, James B. | 1,087.35 | 532.80 | 1,620.16 |
| Jilek, Marvin | 0.00 | 0.00 | 0.00 |
| Jilek, Nathan P. | 0.00 | 0.00 | 0.00 |
| Joffrion, Kenneth | 0.00 | 0.00 | 0.00 |
| Johnson, Billy W. | 0.00 | 0.00 | 0.00 |
| Johnson, Donald | 0.00 | 0.00 | 0.00 |
| Johnson, Doyle D. | 506.94 | 153.33 | 660.27 |
| Johnson, James H. | 0.00 | 0.00 | 0.00 |
| Johnson, Jr., Hartsell J. | 0.00 | 0.00 | 0.00 |
| Johnson, Jr., Robert L. | 0.00 | 0.00 | 0.00 |
| Johnson, Randy R. | 0.00 | 0.00 | 0.00 |
| Johnson, Rodney D. | 0.00 | 0.00 | 0.00 |
| Johnson, Ronald W. | 0.00 | 0.00 | 0.00 |
| Johnson, Roosevelt | 0.00 | 0.00 | 0.00 |
| Johnston, Charles R. | 0.00 | 0.00 | 0.00 |
| Jones, Arnett | 156.04 | 55.36 | 211.40 |
| Jones, Jr., James E. | 0.00 | 356.66 | 356.66 |
| Jones, Mearl L. | 922.29 | 375.31 | 1,297.59 |
| Jones, Mike | 970.50 | 0.00 | 970.50 |
| Jozwiak, Mark A. | 0.00 | 0.00 | 0.00 |
| Kasper, Patrick J. | 0.00 | 0.00 | 0.00 |
| Keilers, Wendell | 0.00 | 0.00 | 0.00 |
| Keller, Charles | 0.00 | 0.00 | 0.00 |
| Kelley, Ronald P. | 0.00 | 0.00 | 0.00 |
| Kelner, Franklin E. | 0.00 | 0.00 | 0.00 |
| Kercho, Richard W. | 0.00 | 0.00 | 0.00 |
| Kercho, Robert E. | 0.00 | 0.00 | 0.00 |
| Key, Bobby G. | 0.00 | 0.00 | 0.00 |
| Key, Jr., David E. | 0.00 | 0.00 | 0.00 |
| King, Robert E. | 0.00 | 0.00 | 0.00 |

# Debit Day Overtime Damages

| Last NameFirst | Damages | Prejudgment Interest | Damages + Interest |
|---|---|---|---|
| King, William Henry | 318.21 | 136.57 | 454.78 |
| Kingham, Richard L. | 0.00 | 0.00 | 0.00 |
| Kirk, Walter B. | 0.00 | 0.00 | 0.00 |
| Kirven, Joseph | 1,703.93 | 834.92 | 2,538.85 |
| Kivel, James P. | 0.00 | 0.00 | 0.00 |
| Klare, Louis E. | 0.00 | 0.00 | 0.00 |
| Kling, John | 3,749.06 | 1,449.81 | 5,198.87 |
| Klotz, Johnny R. | 516.65 | 183.31 | 699.96 |
| Knott, Charles | 0.00 | 0.00 | 0.00 |
| Kovalchik, Joseph A. | 0.00 | 0.00 | 0.00 |
| Krengle, Clifford J. | 0.00 | 0.00 | 0.00 |
| Lacombe, Sidney A. | 0.00 | 0.00 | 0.00 |
| Lake, Timothy R. | 0.00 | 0.00 | 0.00 |
| Lambert, Billy | 0.00 | 0.00 | 0.00 |
| Landrum, Dennis | 0.00 | 0.00 | 0.00 |
| Lane, Richard W. | 0.00 | 0.00 | 0.00 |
| Lantrip, David | 753.48 | 227.90 | 981.38 |
| Large, Richard | 0.00 | 0.00 | 0.00 |
| Larson, Dale H. | 0.00 | 0.00 | 0.00 |
| Lee, Alton D. | 624.84 | 306.17 | 931.02 |
| Lee, Byron H. | 0.00 | 0.00 | 0.00 |
| Lee, Calvin L. | 0.00 | 0.00 | 0.00 |
| Lee, Jerry D. | 861.08 | 332.99 | 1,194.07 |
| Lee, Travis D. | 0.00 | 0.00 | 0.00 |
| Leggio, Johnnie | 0.00 | 0.00 | 0.00 |
| Lehmann, Leon D. | 0.00 | 0.00 | 0.00 |
| LeMaster, Harry D. | 624.84 | 188.99 | 813.84 |
| Lemoing, Richard | 0.00 | 0.00 | 0.00 |
| Lemon, Ralph J. | 0.00 | 0.00 | 0.00 |
| Lenoir, Lynn | 0.00 | 0.00 | 0.00 |

Debit Day Overtime Damages

| Last NameFirst | Damages | Prejudgment Interest | Damages + Interest |
|---|---|---|---|
| Leon, Jr., Arturo J. | 0.00 | 0.00 | 0.00 |
| Levell, Stephen M. | 0.00 | 0.00 | 0.00 |
| Lindsey, William M. | 0.00 | 0.00 | 0.00 |
| Litzinger, Terry P. | 0.00 | 0.00 | 0.00 |
| Litzler, Marvin | 0.00 | 0.00 | 0.00 |
| Livesay, Howard | 0.00 | 0.00 | 0.00 |
| Lobins, William | 0.00 | 0.00 | 0.00 |
| Locke, Richard | 0.00 | 0.00 | 0.00 |
| Loggins, Michael W. | 0.00 | 0.00 | 0.00 |
| Long, Phillip A. | 0.00 | 0.00 | 0.00 |
| Love, William E. | 468.63 | 20.29 | 488.92 |
| Lowery, Eddie | 461.14 | 178.33 | 639.47 |
| Lozano, Peter A. | 0.00 | 0.00 | 0.00 |
| Lund, Timothy C. | 157.40 | 47.61 | 205.01 |
| Machac, Gregory A. | 0.00 | 0.00 | 0.00 |
| Maday, Dennis L. | 306.55 | 92.72 | 399.28 |
| Maddox, Mark G. | 0.00 | 0.00 | 0.00 |
| Maddux, James C. | 0.00 | 0.00 | 0.00 |
| Mahalec, Darrell | 0.00 | 0.00 | 0.00 |
| Maher, Francis X. | 0.00 | 0.00 | 0.00 |
| Malek, Daniel E. | 957.08 | 370.11 | 1,327.19 |
| Malek, Lawrence M. | 0.00 | 0.00 | 0.00 |
| Malek, Thomas E. | 0.00 | 0.00 | 0.00 |
| Malone, Steven R. | 0.00 | 0.00 | 0.00 |
| Mangham, Brian | 0.00 | 0.00 | 0.00 |
| Maniscalco, John J. | 0.00 | 0.00 | 0.00 |
| Manning, Earl D. | 0.00 | 0.00 | 0.00 |
| Manos, George A. | 0.00 | 0.00 | 0.00 |
| Martin, James H. | 306.20 | 92.62 | 398.82 |
| Martin, Kenneth R. | 0.00 | 0.00 | 0.00 |

# Debit Day Overtime Damages

| Last NameFirst | Damages | Prejudgment Interest | Damages + Interest |
|---|---|---|---|
| Martinez, Raul | 801.83 | 310.08 | 1,111.91 |
| Massey, Richard | 302.58 | 148.26 | 450.84 |
| Mauro, Donald | 0.00 | 0.00 | 0.00 |
| Mayes, John L. | 0.00 | 0.00 | 0.00 |
| Mays, Morris R. | 0.00 | 0.00 | 0.00 |
| McAdams, Bobby J. | 0.00 | 0.00 | 0.00 |
| McAdams, Johnny P. | 0.00 | 0.00 | 0.00 |
| McAdams, Randy G. | 0.00 | 0.00 | 0.00 |
| McAnally, Joseph W. | 0.00 | 0.00 | 0.00 |
| McBroom, David G. | 0.00 | 0.00 | 0.00 |
| McClelland, Marvin G. | 1,249.68 | 377.99 | 1,627.67 |
| McClure, Larry W. | 0.00 | 0.00 | 0.00 |
| McCoy, Stanley | 0.00 | 0.00 | 0.00 |
| McDaniel, Jerry | 0.00 | 0.00 | 0.00 |
| McDonald, David B. | 0.00 | 0.00 | 0.00 |
| McDonald, Jr., Jackie R. | 0.00 | 0.00 | 0.00 |
| McFarland, Michael C. | 1,214.52 | 469.67 | 1,684.19 |
| McMahan, Jr., Burl D. | 0.00 | 0.00 | 0.00 |
| McTague, Richard A. | 0.00 | 0.00 | 0.00 |
| Medel, Robert J. | 0.00 | 0.00 | 0.00 |
| Mellen, Christopher E. | 0.00 | 0.00 | 0.00 |
| Melton, Royce | 739.95 | 286.15 | 1,026.10 |
| Mendel, Calvin | 203.93 | 78.86 | 282.80 |
| Meraz, Richard G. | 0.00 | 0.00 | 0.00 |
| Merrel, Steven L. | 0.00 | 0.00 | 0.00 |
| Merrywell, Ricky D. | 0.00 | 0.00 | 0.00 |
| Meschwitz, Eddie L. | 0.00 | 0.00 | 0.00 |
| Meyer, Jerrold R. | 0.00 | 0.00 | 0.00 |
| Michels, Chris A. | 0.00 | 0.00 | 0.00 |
| Michka, Jr., Alfred C. | 0.00 | 0.00 | 0.00 |

# Debit Day Overtime Damages

| Last NameFirst | Damages | Prejudgment Interest | Damages + Interest |
|---|---|---|---|
| Miles, Jimmie H. | 0.00 | 0.00 | 0.00 |
| Miller, Gary W. | 0.00 | 0.00 | 0.00 |
| Miller, James G. | 775.34 | 299.83 | 1,075.18 |
| Miller, Michael S. | 0.00 | 0.00 | 0.00 |
| Mills, David | 1,205.52 | 466.19 | 1,671.71 |
| Minjares, Jesus L. | 0.00 | 0.00 | 0.00 |
| Mireles, Oscar M. | 0.00 | 0.00 | 0.00 |
| Mitchell, Stephen P. | 0.00 | 0.00 | 0.00 |
| Mobley, Jack E. | 0.00 | 0.00 | 0.00 |
| Montalvo, Romeo | 1,438.61 | 556.33 | 1,994.93 |
| Moore, Edward J. | 0.00 | 0.00 | 0.00 |
| Moore, Frederick V. | 0.00 | 0.00 | 0.00 |
| Moore, Louis S. | 0.00 | 0.00 | 0.00 |
| Moore, Roy E. | 0.00 | 0.00 | 0.00 |
| Moore, Willis L. | 0.00 | 0.00 | 0.00 |
| Moreau, Donald G. | 0.00 | 0.00 | 0.00 |
| Morgan, Roland E. | 0.00 | 0.00 | 0.00 |
| Morgan, Thomas E. | 0.00 | 0.00 | 0.00 |
| Morrin, Kevin P. | 0.00 | 0.00 | 0.00 |
| Muirhead, Joe E. | 0.00 | 0.00 | 0.00 |
| Mumey, Richard C. | 1,546.77 | 763.85 | 2,310.62 |
| Munoz, Sammy | 0.00 | 0.00 | 0.00 |
| Munoz, Tranquilino C. | 0.00 | 0.00 | 0.00 |
| Murphy, Wayne | 1,938.36 | 749.59 | 2,687.95 |
| Musachia, Sammy J. | 0.00 | 0.00 | 0.00 |
| Musgrave, Olin M. | 468.63 | 141.75 | 610.38 |
| Muzyka, Alton R. | 0.00 | 0.00 | 0.00 |
| Myers, Donald R. | 1,874.53 | 724.90 | 2,599.44 |
| Myers, Donny R. | 0.00 | 0.00 | 0.00 |
| Nance, Joe W. | 0.00 | 0.00 | 0.00 |

Debit Day Overtime Damages

| Last NameFirst | Damages | Prejudgment Interest | Damages + Interest |
|---|---|---|---|
| Nance, John B. | 0.00 | 0.00 | 0.00 |
| Narcisse, Leonard | 0.00 | 0.00 | 0.00 |
| Nelius, Gary W. | 0.00 | 0.00 | 0.00 |
| Newman, Carl N. | 1,033.31 | 399.59 | 1,432.90 |
| Neyhard, Rickie L. | 0.00 | 0.00 | 0.00 |
| Nieto, Michael | 0.00 | 0.00 | 0.00 |
| Nobles, Michael J. | 0.00 | 0.00 | 0.00 |
| Norris, David L. | 729.26 | 282.01 | 1,011.27 |
| Northcutt, Robert L. | 0.00 | 0.00 | 0.00 |
| Oberpriller, Terry R. | 0.00 | 0.00 | 0.00 |
| Olson, Tommy D. | 0.00 | 0.00 | 0.00 |
| Owin, Michael D. | 0.00 | 0.00 | 0.00 |
| Pander, Lawrence J. | 0.00 | 0.00 | 0.00 |
| Paradowski, Donald C. | 935.17 | 458.23 | 1,393.40 |
| Parsons, Mark E. | 0.00 | 0.00 | 0.00 |
| Patterson, Joe V. | 0.00 | 0.00 | 0.00 |
| Pavlock, James L. | 0.00 | 0.00 | 0.00 |
| Peck, William W. | 0.00 | 0.00 | 0.00 |
| Pena, Ignacio J. | 0.00 | 0.00 | 0.00 |
| Perez, Marcos O. | 0.00 | 0.00 | 0.00 |
| Perez, Paul D. | 548.49 | 212.11 | 760.59 |
| Perkins, Darrell L. | 0.00 | 0.00 | 0.00 |
| Peschke, Nathan | 0.00 | 0.00 | 0.00 |
| Petrosky, Calvin G. | 0.00 | 0.00 | 0.00 |
| Phillips, William K. | 0.00 | 0.00 | 0.00 |
| Phlegm, Charles A. | 0.00 | 0.00 | 0.00 |
| Pick, Gary | 803.13 | 310.58 | 1,113.71 |
| Pilkenton, Eugene W. | 0.00 | 0.00 | 0.00 |
| Pilkenton, Robert | 0.00 | 0.00 | 0.00 |
| Ponce-Lopez, Homero | 0.00 | 0.00 | 0.00 |

# Debit Day Overtime Damages

| Last NameFirst | Damages | Prejudgment Interest | Damages + Interest |
|---|---|---|---|
| Porter, George C. | 0.00 | 0.00 | 0.00 |
| Posuk, Johnnie S. | 0.00 | 0.00 | 0.00 |
| Potier, Christopher | 613.45 | 300.59 | 914.04 |
| Powell, Kenneth W. | 0.00 | 0.00 | 0.00 |
| Powers, Jerry W. | 0.00 | 0.00 | 0.00 |
| Presas, Jr., Edward | 0.00 | 0.00 | 0.00 |
| Prescott, Robert W. | 156.21 | 60.41 | 216.62 |
| Prevatte, Larry | 0.00 | 0.00 | 0.00 |
| Prevost, Harold J. | 0.00 | 0.00 | 0.00 |
| Prince, Benny H. | 0.00 | 0.00 | 0.00 |
| Proske, Eddy | 0.00 | 0.00 | 0.00 |
| Pruitt, Daniel H. | 0.00 | 0.00 | 0.00 |
| Pruitt, Dennis B. | 767.70 | 296.88 | 1,064.57 |
| Pruitt, Harry C. | 624.84 | 306.17 | 931.02 |
| Pulpan, Gerald Wayne | 151.76 | 45.90 | 197.66 |
| Putnam, Robert E. | 0.00 | 0.00 | 0.00 |
| Quinn, Travis L. | 0.00 | 0.00 | 0.00 |
| Rainey, Henry T. | 0.00 | 0.00 | 0.00 |
| Ramirez, John G. | 0.00 | 0.00 | 0.00 |
| Ramirez, Joseph A. | 109.81 | 42.46 | 152.27 |
| Rao, Rocco R. | 0.00 | 0.00 | 0.00 |
| Ratka, Frank D. | 0.00 | 0.00 | 0.00 |
| Reed, Clifford C. | 0.00 | 0.00 | 0.00 |
| Reeves, Edmond B. | 0.00 | 0.00 | 0.00 |
| Reid, Edward | 0.00 | 0.00 | 0.00 |
| Reininger, Logan G. | 0.00 | 0.00 | 0.00 |
| Reiszner, Terry W. | 0.00 | 0.00 | 0.00 |
| Renschler, Eric | 0.00 | 0.00 | 0.00 |
| Resendez, III, John | 0.00 | 0.00 | 0.00 |
| Reyes, David | 0.00 | 0.00 | 0.00 |

Debit Day Overtime Damages

| Last NameFirst | Damages | Prejudgment Interest | Damages + Interest |
|---|---|---|---|
| Reyes, Jose L. | 0.00 | 0.00 | 0.00 |
| Reyes, Jr., Raul | 0.00 | 0.00 | 0.00 |
| Reynolds, Anthony S. | 0.00 | 0.00 | 0.00 |
| Rice, Lonia D. | 0.00 | 0.00 | 0.00 |
| Richard, Dennis G. | 0.00 | 0.00 | 0.00 |
| Richardson, Michael E. | 0.00 | 0.00 | 0.00 |
| Riggs, Jr., James B. | 811.55 | 397.66 | 1,209.20 |
| Rightmire, Glenn | 0.00 | 0.00 | 0.00 |
| Rivera, Benjamin A. | 0.00 | 0.00 | 0.00 |
| Rivera, Raul C. | 0.00 | 0.00 | 0.00 |
| Roberds, Jr., Raymond L. | 339.59 | 131.32 | 470.92 |
| Roberts, Norman | 0.00 | 0.00 | 0.00 |
| Robertson, Raymond Dean | 0.00 | 0.00 | 0.00 |
| Robertson, Sammy R. | 0.00 | 0.00 | 0.00 |
| Robertson, William B. | 0.00 | 0.00 | 0.00 |
| Robinson, Albert D. | 0.00 | 0.00 | 0.00 |
| Robledo, Carlos E. | 807.30 | 312.19 | 1,119.50 |
| Robledo, Henry J. | 0.00 | 0.00 | 0.00 |
| Rodriguez, George R. | 0.00 | 0.00 | 0.00 |
| Rodriguez, Robert S. | 0.00 | 0.00 | 0.00 |
| Roller, Vandon | 0.00 | 0.00 | 0.00 |
| Ronje, Armando | 965.75 | 292.11 | 1,257.86 |
| Rooney, Larry L. | 468.63 | 181.23 | 649.86 |
| Ross, Arthur T. | 0.00 | 0.00 | 0.00 |
| Ross, George A. | 0.00 | 0.00 | 0.00 |
| Royal, Billy G. | 0.00 | 0.00 | 0.00 |
| Royall, Robert W. | 0.00 | 0.00 | 0.00 |
| Rumfolo, Louis L. | 1,358.37 | 525.30 | 1,883.67 |
| Russell, Henry E. | 0.00 | 0.00 | 0.00 |
| Russo, Anthony | 0.00 | 0.00 | 0.00 |

Debit Day Overtime Damages

| Last NameFirst | Damages | Prejudgment Interest | Damages + Interest |
|---|---|---|---|
| Rust, Glen A. | 0.00 | 0.00 | 0.00 |
| Sacher, Oscar E. | 153.71 | 59.44 | 213.15 |
| Salazar, Daniel | 0.00 | 0.00 | 0.00 |
| Salazar, Roland | 0.00 | 0.00 | 0.00 |
| Samano, Fernando | 0.00 | 0.00 | 0.00 |
| Sammons, William E. | 0.00 | 0.00 | 0.00 |
| Sanchez, Roland | 0.00 | 0.00 | 0.00 |
| Sanders, Jerry L. | 0.00 | 0.00 | 0.00 |
| Sanders, Jimmie R. | 0.00 | 0.00 | 0.00 |
| Sandles, Leon | 0.00 | 0.00 | 0.00 |
| Sattiewhite, Travis L. | 1,537.13 | 753.19 | 2,290.32 |
| Scates, William I. | 0.00 | 0.00 | 0.00 |
| Schatz, August A. | 0.00 | 0.00 | 0.00 |
| Schifani, Michael E. | 0.00 | 0.00 | 0.00 |
| Schillaci, Anthony | 1,033.31 | 366.61 | 1,399.92 |
| Schillaci, Deceased, Sammy | 0.00 | 0.00 | 0.00 |
| Schmidt, Jeffrey R. | 0.00 | 0.00 | 0.00 |
| Schneider, Ronald J. | 0.00 | 0.00 | 0.00 |
| Schroeder, Donald R. | 0.00 | 0.00 | 0.00 |
| Schroeder, Harvard E. | 1,574.01 | 608.69 | 2,182.70 |
| Schulin, Larry W. | 0.00 | 0.00 | 0.00 |
| Schultz, Phillip S. | 629.60 | 308.51 | 938.11 |
| Schulze, Anthony G. | 0.00 | 0.00 | 0.00 |
| Sciambia, Joseph | 309.81 | 119.81 | 429.62 |
| Scott, Jerome E. | 0.00 | 0.00 | 0.00 |
| Scott, Jr., Eugene | 0.00 | 0.00 | 0.00 |
| Scott, Lucius W. | 0.00 | 0.00 | 0.00 |
| Scott, Randolph A. | 0.00 | 0.00 | 0.00 |
| Seaback, George C. | 0.00 | 0.00 | 0.00 |
| Severance, William J. | 0.00 | 0.00 | 0.00 |

Debit Day Overtime Damages

| Last NameFirst | Damages | Prejudgment Interest | Damages + Interest |
|---|---|---|---|
| Shaffer, Terry | 768.57 | 376.60 | 1,145.16 |
| Shaw, John D. | 0.00 | 0.00 | 0.00 |
| Sheffield, Billy H. | 768.57 | 376.60 | 1,145.16 |
| Sheffield, William L. | 0.00 | 0.00 | 0.00 |
| Shelton, Lloyd W. | 0.00 | 0.00 | 0.00 |
| Shely, Darrell R. | 0.00 | 0.00 | 0.00 |
| Sherrard, Robert C. | 0.00 | 0.00 | 0.00 |
| Sherrouse, Melvin M. | 0.00 | 0.00 | 0.00 |
| Shrum, Michael A. | 0.00 | 0.00 | 0.00 |
| Simmons, Dennis R. | 0.00 | 0.00 | 0.00 |
| Simmons, Roy L. | 0.00 | 0.00 | 0.00 |
| Sims, Herbert C. | 0.00 | 0.00 | 0.00 |
| Sims, Sherman K. | 0.00 | 0.00 | 0.00 |
| Sivley, William L. | 0.00 | 0.00 | 0.00 |
| Skinner, William H. | 0.00 | 0.00 | 0.00 |
| Slabic, Michael S. | 0.00 | 0.00 | 0.00 |
| Slovacek, John R. | 0.00 | 0.00 | 0.00 |
| Smelley, William D. | 0.00 | 0.00 | 0.00 |
| Smith, Dannie C. | 0.00 | 0.00 | 0.00 |
| Smith, David W. | 0.00 | 0.00 | 0.00 |
| Smith, Jerry D. | 0.00 | 0.00 | 0.00 |
| Smith, Jr., Frank | 0.00 | 436.30 | 436.30 |
| Smith, Michael D. | 1,229.71 | 0.00 | 1,229.71 |
| Smith, Michael L. | 0.00 | 0.00 | 0.00 |
| Smith, Newton | 0.00 | 0.00 | 0.00 |
| Southern, Nathaniel | 0.00 | 0.00 | 0.00 |
| Sowell, Gerry | 0.00 | 0.00 | 0.00 |
| Spencer, Thomas | 2,066.61 | 799.18 | 2,865.79 |
| Spradlin, Tommy E. | 0.00 | 0.00 | 0.00 |
| Stafford, Lester | 0.00 | 0.00 | 0.00 |

Debit Day Overtime Damages

| Last NameFirst | Damages | Prejudgment Interest | Damages + Interest |
|---|---|---|---|
| Stagner, Allen D. | 0.00 | 0.00 | 0.00 |
| Stahl, James E. | 0.00 | 0.00 | 0.00 |
| Stahl, Lance | 2,551.33 | 986.63 | 3,537.96 |
| Stansel, Jerry | 1,163.02 | 449.75 | 1,612.77 |
| Starling, Howard T. | 0.00 | 0.00 | 0.00 |
| Starling, Melvin L. | 781.05 | 302.04 | 1,083.10 |
| Steele, James W. | 0.00 | 0.00 | 0.00 |
| Steich, Walter G. | 0.00 | 0.00 | 0.00 |
| Stein, Herbert W. | 581.51 | 284.94 | 866.45 |
| Stephens, Carl W. | 0.00 | 0.00 | 0.00 |
| Stephens, Leonard | 0.00 | 0.00 | 0.00 |
| Steward, Robert W. | 0.00 | 0.00 | 0.00 |
| Steward, Wilbert P. | 2,206.52 | 1,081.19 | 3,287.71 |
| Stewart, David | 0.00 | 0.00 | 0.00 |
| Stone, Lloyd W. | 0.00 | 0.00 | 0.00 |
| Stone, William R. | 0.00 | 0.00 | 0.00 |
| Strahan, Bob C. | 0.00 | 0.00 | 0.00 |
| Strange, John H. | 0.00 | 0.00 | 0.00 |
| Swanier, Willie J. | 0.00 | 0.00 | 0.00 |
| Swisher, Robert E. | 0.00 | 0.00 | 0.00 |
| Talbot, Bruce W. | 1,056.57 | 517.72 | 1,574.30 |
| Tamborello, Anthony J. | 2,655.58 | 1,026.95 | 3,682.53 |
| Tamborello, Anthony S. | 407.87 | 157.73 | 565.59 |
| Tamborello, Robert | 0.00 | 0.00 | 0.00 |
| Tarver, Reginald | 0.00 | 0.00 | 0.00 |
| Taylor, Alfred | 0.00 | 0.00 | 0.00 |
| Taylor, David B. | 0.00 | 0.00 | 0.00 |
| Taylor, Frank W. | 0.00 | 0.00 | 0.00 |
| Taylor, Gary A. | 0.00 | 0.00 | 0.00 |
| Taylor, Hubert G. | 0.00 | 0.00 | 0.00 |

## Debit Day Overtime Damages

| Last NameFirst | Damages | Prejudgment Interest | Damages + Interest |
|---|---:|---:|---:|
| Taylor, John S. | 0.00 | 0.00 | 0.00 |
| Teague, Roger G. | 314.80 | 95.22 | 410.02 |
| Terry, Julio L. | 0.00 | 0.00 | 0.00 |
| Thames, Michael O. | 309.81 | 119.81 | 429.62 |
| Tharp, James L. | 0.00 | 0.00 | 0.00 |
| Thibodeaux, Amar P. | 1,416.61 | 694.14 | 2,110.75 |
| Thomas, Michael G. | 0.00 | 0.00 | 0.00 |
| Thomas, Richard F. | 151.29 | 58.51 | 209.80 |
| Thompson, Billy W. | 0.00 | 0.00 | 0.00 |
| Thompson, Jerry W. | 461.15 | 178.33 | 639.48 |
| Thompson, Terry G. | 0.00 | 0.00 | 0.00 |
| Thorne, Duron J. | 0.00 | 0.00 | 0.00 |
| Throop, Charles H. | 0.00 | 0.00 | 0.00 |
| Ticknor, Rex A. | 1,365.18 | 527.93 | 1,893.11 |
| Tidwell, Ronnie L. | 0.00 | 0.00 | 0.00 |
| Tilbury, David A. | 0.00 | 0.00 | 0.00 |
| Tolson, Sheldon K. | 0.00 | 0.00 | 0.00 |
| Torres, Ray | 0.00 | 0.00 | 0.00 |
| Tortorice, Joseph M. | 756.47 | 373.57 | 1,130.04 |
| Townsell, Jr., Donald | 0.00 | 0.00 | 0.00 |
| Tucker, James H. | 0.00 | 0.00 | 0.00 |
| Tumis, John M. | 2,030.74 | 785.31 | 2,816.05 |
| Turner, Thomas E. | 0.00 | 0.00 | 0.00 |
| Tyra, Lester W. | 1,109.21 | 543.51 | 1,652.72 |
| Ullrich, Henry W. | 0.00 | 0.00 | 0.00 |
| Ussery, Jimmy D. | 0.00 | 0.00 | 0.00 |
| Venegas, David | 0.00 | 0.00 | 0.00 |
| Vick, Willie G. | 0.00 | 0.00 | 0.00 |
| Vickers, F. L. | 0.00 | 0.00 | 0.00 |
| Villareal, Bob | 0.00 | 0.00 | 0.00 |

## Debit Day Overtime Damages

| Last NameFirst | Damages | Prejudgment Interest | Damages + Interest |
|---|---|---|---|
| Villareal, Gilbert | 0.00 | 0.00 | 0.00 |
| Villarreal, Gregory M. | 3,124.22 | 1,208.17 | 4,332.39 |
| Wade, Larry W. | 520.22 | 201.18 | 721.40 |
| Wakefield, Jerry D. | 0.00 | 0.00 | 0.00 |
| Waldrep, Stephen A. | 752.27 | 227.53 | 979.80 |
| Waldrum, Wesley | 1,382.03 | 534.45 | 1,916.47 |
| Walker, James H. | 0.00 | 0.00 | 0.00 |
| Walker, Jerry E. | 441.30 | 170.66 | 611.96 |
| Walker, Jr., Otis | 0.00 | 0.00 | 0.00 |
| Walker, Michael O. | 0.00 | 0.00 | 0.00 |
| Walker, Roger W. | 0.00 | 0.00 | 0.00 |
| Wallace, III, Melvin M. | 0.00 | 0.00 | 0.00 |
| Wallace, Jr., Oscar F. | 0.00 | 0.00 | 0.00 |
| Walters, Donald L. | 0.00 | 0.00 | 0.00 |
| Ward, David | 0.00 | 0.00 | 0.00 |
| Ward, Edward K. | 0.00 | 0.00 | 0.00 |
| Ward, George C. | 0.00 | 0.00 | 0.00 |
| Ward, Thomas | 0.00 | 0.00 | 0.00 |
| Warfield, Gregory | 0.00 | 0.00 | 0.00 |
| Warnke, Wesley J. | 164.07 | 63.45 | 227.52 |
| Warwick, Sr., Delbert L. | 0.00 | 0.00 | 0.00 |
| Washington, Earl D. | 618.22 | 26.76 | 644.98 |
| Waters, Jr., Wayne G. | 0.00 | 0.00 | 0.00 |
| Watson, Dale G. | 382.83 | 148.05 | 530.88 |
| Watson, Thomas L. | 0.00 | 0.00 | 0.00 |
| Way, Jerry D. | 0.00 | 0.00 | 0.00 |
| Wead, Michael F. | 0.00 | 0.00 | 0.00 |
| Weatherly, Bobby J. | 0.00 | 0.00 | 0.00 |
| Weaver, Marion | 2,427.16 | 1,189.31 | 3,616.47 |
| Weber, Carl | 468.63 | 181.23 | 649.86 |

## Debit Day Overtime Damages

| Last NameFirst | Damages | Prejudgment Interest | Damages + Interest |
|---|---|---|---|
| Weber, Raymond G. | 0.00 | 0.00 | 0.00 |
| Wedgeworth, Jack E. | 0.00 | 0.00 | 0.00 |
| Weidemann, Douglas R. | 0.00 | 0.00 | 0.00 |
| Weinman, Barry W. | 0.00 | 0.00 | 0.00 |
| Wesley, Larry A. | 0.00 | 0.00 | 0.00 |
| Wessman, Frederick J. | 306.20 | 118.41 | 424.62 |
| Wheeler, Charles V. | 0.00 | 0.00 | 0.00 |
| Whitcher, Charles J. | 0.00 | 0.00 | 0.00 |
| White, Robert A. | 0.00 | 0.00 | 0.00 |
| Whiting, Jr., Daniel | 0.00 | 0.00 | 0.00 |
| Wilburn, Brandt A. | 0.00 | 0.00 | 0.00 |
| Wiley, Eugene | 0.00 | 0.00 | 0.00 |
| Wilganowski, Richard J. | 151.29 | 6.55 | 157.84 |
| Wilkerson, James E. | 307.43 | 118.89 | 426.31 |
| Williams, Darrell W. | 0.00 | 0.00 | 0.00 |
| Williams, James M. | 0.00 | 0.00 | 0.00 |
| Williams, Michael Craig | 0.00 | 0.00 | 0.00 |
| Williams, Osbourne R. | 0.00 | 0.00 | 0.00 |
| Williams, Richard | 0.00 | 0.00 | 0.00 |
| Williams, Richard K. | 605.17 | 183.04 | 788.22 |
| Williams, William Kirk | 922.74 | 356.83 | 1,279.57 |
| Wilson, Jr., Charlie S. | 0.00 | 0.00 | 0.00 |
| Wischnewsky, Ronald F. | 0.00 | 0.00 | 0.00 |
| Withers, Bert K. | 0.00 | 0.00 | 0.00 |
| Wood, John P. | 0.00 | 0.00 | 0.00 |
| Wood, Ricky J. | 624.84 | 188.99 | 813.84 |
| Wood, Thomas D. | 0.00 | 0.00 | 0.00 |
| Wooten, Gregory W. | 0.00 | 0.00 | 0.00 |
| Wright, James A. | 441.30 | 170.66 | 611.96 |
| Wroblewski, Robert | 1,356.85 | 664.86 | 2,021.71 |

Debit Day Overtime Damages

| Last NameFirst | Damages | Prejudgment Interest | Damages + Interest |
|---|---|---|---|
| Yanez, Victor H. | 0.00 | 0.00 | 0.00 |
| Yaw, Leighton H. | 0.00 | 0.00 | 0.00 |
| Yazbeck, Antoine E. | 0.00 | 0.00 | 0.00 |
| Young, Carl B. | 0.00 | 0.00 | 0.00 |
| Zepeda, John | 0.00 | 0.00 | 0.00 |
| Zigal, Mike E. | 0.00 | 0.00 | 0.00 |
| Zimmerman, Zeke | 0.00 | 0.00 | 0.00 |
| | | | |
| Totals | 181,149.96 | 72,532.57 | 253,682.53 |